UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
-----------------------------------------------------------------X
                                                                 :
 MALIBU MEDIA, LLC,                                              :
                                                                 :   Civil Action No. 2:12-CV-2078-MMB
                            Plaintiff,                           :
                                                                 :
                vs.                                              :
                                                                 :
 JOHN DOES 1-16,                                                 :
                                                                 :
                            Defendants.                          :
                                                                 :
-----------------------------------------------------------------X
```

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOES 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 AND 15 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Defendants, John Does 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 and 15 from this action <u>without prejudice</u>. Defendants were issued the IP addresses 24.127.166.49, 68.82.188.7, 69.139.85.0, 69.249.249.64, 71.224.254.45, 76.98.214.226, 207.172.114.220, 108.52.139.252, 173.49.20.12, 71.123.32.74, 96.227.218.158, 96.227.230.251, 96.227.69.215, 96.227.75.41 and 96.245.105.231, respectively. Plaintiff has recently received the names and identifying information of many of the Defendants in this case and is unable to coordinate service of process to properly serve these Defendants by the Rule 4(m) deadline.  Plaintiff plans on further investigating and confirming the information provided by the Internet Service Provider and will re-file and serve each Doe Defendant if deems necessary. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated:  August 17, 2012

1

        Respectfully submitted,

        FIORE & BARBER, LLC

        By:    /s/ *Christopher P. Fiore*_____
                Christopher P. Fiore, Esquire
                Aman M. Barber, III, Esquire
                Attorneys for Plaintiff
                425 Main Street, Suite 200
                Harleysville, PA 19438
                Tel:  (215) 256-0205
                Fax:  (215) 256-9205
                Email:  cfiore@fiorebarber.com
                ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                            /s/ *Christopher P. Fiore*_____
                                            Christopher P. Fiore, Esquire