APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN DOES 1-16 | : | NO.   2:12-CV-02078-MMB |

ORDER

AND NOW, this _____ Day of _____, _____, it is hereby

ORDERED that the application of <u>Michael Keith Lipscomb</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:12-CV-02078-MMB

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Michael Keith Lipscomb__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __1276__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Florida | 12/01/2000 | 0429554 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| S.D. Florida | 08/16/2002 | 429554 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| M.D. Florida | 04/11/2012 | 429554 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| N.D. Florida | 08/16/2002 | **429554** |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Plaintiff

(Applicant's Signature)

09/10/2012
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

LIPSCOMB, EISENBERG & BAKER, PL

2 S. Biscayne Boulevard, Penthouse 3800

Miami, FL 33131, Tel: (786) 431-2228

Sworn and subscribed before me this
10th Day of Sept, 2012

Notary Public



ALEJANDRA MARIA ALBUERNE
Notary Public - State of Florida
My Comm. Expires Jul 20, 2013
Commission # DD 908855

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Michael Keith Lipscomb____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Christopher P. Fiore | *[signature]* | 04/07/2011 | 83018 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

FIORE & BARBER, LLC, 425 Main Street, Suite 100, Harlesville, PA 19438

Tel: (215) 256-0205

Sworn and subscribed before me this

7th Day of Sept., 2012

*[signature]*
Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
AMAN M. BARBER, III, NOTARY PUBLIC
LOWER SALFORD TWP, MONTGOMERY COUNTY
MY COMMISSION EXPIRES JANUARY 30, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN DOES 1-16 | : | |
| | : | NO.   2:12-CV-02078-MMB |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of____Michael Keith Lipscomb____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

U.S. District Court, Eastern District of Pennsylvania

601 Market Street, Room 2609

Philadelphia, PA 19106-1797


_____
Signature of Attorney

M. Keith Lipscomb
Name of Attorney

Malibu Media, LLC
Name of Moving Party

09/10/2012
Date