UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
-----------------------------------------------------------X
                                                           :
 MALIBU MEDIA, LLC,                                        :
                                                           :   Civil Action No. 2:12-cv-02078-MMB
                         Plaintiff,                        :
                                                           :
                vs.                                        :
                                                           :
 JOHN DOES 1-16,                                           :
                                                           :
                         Defendants.                       :
                                                           :
-----------------------------------------------------------X
```

## PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY

Pursuant to the Honorable Michael M. Baylson's request at the hearing of September 18, 2012, Plaintiff is attaching hereto copies of orders filed in the following cases:

- *Voltage Pictures, LLC v. Does 1-5,000*, Case No. 1:10-cv-00873-BAH (D.D.C. Feb. 24, 2012);
- *Sony Corporation of America, et al. v. Universal City Studios, et al.*, 464 U.S. 417 (1984);
- *Patrick Collins, Inc. v. John Does 1-21*, 282 F.R.D. 161 (E.D. Mich. 2012); and
- *Metro-Goldwyn-Mayer Studios, Inc., et al. v. Grokster, LTD., et al.*, 545 U.S. 913 (2005).

Dated:  September 21, 2012

                                          Respectfully submitted,

                                          FIORE & BARBER, LLC

By:    /s/ *Christopher P. Fiore*
        Christopher P. Fiore, Esquire
        Aman M. Barber, III, Esquire
        Attorneys for Plaintiff
        425 Main Street, Suite 200
        Harleysville, PA 19438
        Tel:  (215) 256-0205
        Fax:  (215) 256-9205
        Email:  cfiore@fiorebarber.com
        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 21, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                  By:     /s/ *Christopher P. Fiore*