IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br>          Plaintiff,<br><br>     v.<br><br>**JOHN DOES 1-16,**<br>          Defendants. | **CIVIL ACTION NO. 12-2078** |
| **MALIBU MEDIA, LLC,**<br>          Plaintiff,<br><br>     v.<br><br>**JOHN DOES 1-14,**<br>          Defendants. | **CIVIL ACTION NO. 12-2084** |
| **MALIBU MEDIA, LLC,**<br>          Plaintiff,<br><br>     v.<br><br>**JOHN DOES 1-22,**<br>          Defendants. | **CIVIL ACTION NO. 12-2088** |

**NOTICE**

The Court requests that the parties consider moving for consolidation for pretrial purposes pursuant to 28 U.S.C. § 1407.

**BY THE COURT:**

Dated: 10/5/12                                                                 /s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.C.J.**


cc:     Christopher P. Fiore, Esquire (cfiore@fiorebarber.com)
        Ronald A. Smith, Esquire (ronaldasmithesq@aol.com)
        John Doe, a/k/a Dietrolldie (US mail)
        Charles Thomas, Jr., Esquire (ct@thomastrials.com)
        Thad Melvin Gelsinger, Esquire (tgelsinger@leisawitzheller.com)
        Ethan R. O'Shea, Esquire (eoshea@hrmml.com)
        John Doe #1 (US mail)

O:\CIVIL 12\12-2078 Malibu Media v. John Does 1-16\12cv2078.12cv2084.12cv2088.notice.judge.wpd