**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

-------------------------------------------------------------X
                         :

MALIBU MEDIA, LLC,
                         :
                         :  Civil Action No. 2:12-cv-02078-MMB
         Plaintiff,    :

       vs.            :

JOHN DOE 16,
                         :
         Defendant.    :
                         :
-------------------------------------------------------------X

FILED

## AMENDED COMPLAINT-ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGMENT

Plaintiff, Malibu Media, LLC, sues John Doe 16, and alleges:

### Introduction

1.    This matter arises under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 *et seq.* (the "Copyright Act").

2.    Through this suit, Plaintiff alleges Defendant is liable for direct copyright infringement in violation of 17 U.S.C. §§ 106 and 501.

### Jurisdiction And Venue

3.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338 (patents, copyrights, trademarks and unfair competition).

4.    This Court has personal jurisdiction over Defendant because Defendant committed the tortious conduct alleged in this Complaint in the Eastern District of the Commonwealth of Pennsylvania, and (a) Defendant resides in the Eastern District of the Commonwealth of Pennsylvania, and/or (b) Defendant has engaged in continuous and systematic

business activity, or has contracted to supply goods or services in the Eastern District of the Commonwealth of Pennsylvania.

5.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c), because: (i) a substantial part of the events or omissions giving rise to the claims occurred in this District; and, (ii) Defendant resides (and therefore can be found) in this District and Defendant resides in this State; additionally, venue is proper in this District pursuant 28 U.S.C. § 1400(a) (venue for copyright cases) because Defendant or Defendant's agent resides or may be found in this District.

## Parties

6.     Plaintiff is a limited liability company organized and existing under the laws of the State of California and has its principal place of business located at 409 West Olympic Boulevard, Suite 501, Los Angeles, CA 90015.

7.     John Doe 16 is a *sui juris* individual residing in this district.

## Factual Background

I.     *Plaintiff Owns the Copyright to a Motion Picture*

8.     Plaintiff is the owner of those United States Copyright Registrations attached hereto as Composite Exhibit A.   Each registration covers a copyrighted work which was infringed by Defendant.

II.     *Defendant Used BitTorrent To Infringe Plaintiff's Copyright*

9.     BitTorrent is one of the most common peer-to-peer file sharing protocols (in other words, set of computer rules) used for distributing large amounts of data; indeed, it has been estimated that the use of BitTorrent protocol on the internet accounts for over a quarter of all internet traffic.   The creators and user's of BitTorrent developed their own lexicon for use when talking about BitTorrent; a copy of the BitTorrent vocabulary list posted on www.Wikipedia.com

2

is attached as Exhibit B.

10.     The BitTorrent protocol's popularity stems from its ability to distribute a large file without creating a heavy load on the source computer and network. In short, to reduce the load on the source computer, rather than downloading a file from a single source computer (one computer directly connected to another), the BitTorrent protocol allows users to join a "swarm" of host computers to download and upload from each other simultaneously (one computer connected to numerous computers).

   A.     *Defendant Installed a BitTorrent Client onto his Computer*

11.     Defendant installed a BitTorrent Client onto his computer.

12.     A BitTorrent "Client" is a software program that implements the BitTorent protocol. There are numerous such software programs including µTorrent and Vuze, both of which can be directly downloaded from the internet.     See www.utorrent.com and http://new.vuze-downloads.com/.

13.     Once installed on a computer, the BitTorrent "Client" serves as the user's interface during the process of uploading and downloading data using the BitTorrent protocol.

   B.     *The Initial Seed, Torrent, Hash and Tracker*

14.     A BitTorrent user that wants to upload a new file, known as an "initial seeder," starts by creating a "torrent" descriptor file using the Client he or she installed onto his or her computer.

15.     The Client takes the target computer file and divides it into identically sized groups of bits known as "pieces."

16.     The Client then gives each one of the computer file's pieces a random and unique alphanumeric identifier known as a "hash" and records these hash identifiers in the torrent file.

17.     When another peer later receives a particular piece the hash identifier for that

3

piece is compared to the hash identifier recorded in the torrent file for that piece to test that the piece is error-free. In this way, the hash identifier works like an electronic fingerprint to identify the source and origin of the piece and that the piece is authentic and uncorrupted.

18.     Torrent files also have an "announce" section, which specifies the URL (Uniform Resource Locator) of a "tracker," and an "info" section, containing (suggested) names for the files, their lengths, the piece length used, and the hash identifier for each piece, all of which are used by Clients on peer computers to verify the integrity of the data they receive.

19.     The "tracker" is a computer or set of computers that a torrent file specifies and to which the torrent file provides peers with the URL address(es).

20.     The tracker computer or computers direct a peer user's computer to other peer user's computers that have particular pieces of the file on them and facilitates the exchange of data among the computers.

21.     Depending on the BitTorrent Client, a tracker can either be a dedicated computer (centralized tracking) or each peer can act as a tracker (decentralized tracking).

C.     *Torrent Sites*

22.     "Torrent sites" are websites that index torrent files that are currently being made available for copying and distribution by people using the BitTorrent protocol. There are numerous torrent websites, including www.TorrentZap.com, www.Btscene.com, and www.ExtraTorrent.com.

23.     Defendant went to a torrent site to upload and download those of Plaintiffs' Works identified in Count I.

D.     *Uploading and Downloading a Work Through a BitTorrent Swarm*

24.     Once the initial seeder has created a torrent and uploaded it onto one or more torrent sites then other peers begin to download and upload the computer file to which the torrent

4

is linked using the BitTorrent protocol and BitTorrent Client that the peers installed on their computers.

25.     The BitTorrent protocol causes the initial seed's computer to send different pieces of the computer file to the peers seeking to download the computer file.

26.     Once a peer receives a piece of the computer file, it starts transmitting that piece to the other peers.

27.     In this way, all of the peers and seeders are working together in what is called a "swarm."

28.     In this way, and by way of example only, one initial seeder can create a torrent that breaks a movie up into hundreds or thousands of pieces saved in the form of a computer file, like the Works here, upload the torrent onto a torrent site, and deliver a different piece of the copyrighted Works to each of the peers.  The recipient peers then automatically begin delivering the piece they just received to the other peers in the same swarm.

29.     Once a peer, here the Defendant, has downloaded the full file, the BitTorrent Client reassembles the pieces and the peer is able to view the movie.  Also, once a peer has downloaded the full file, that peer becomes known as "an additional seed" because it continues to distribute the torrent file, here the copyrighted Works.

E.     *Plaintiff's Computer Investigators Identified Defendant's IP Addresses as Participants in a Swarm That Was Distributing Plaintiff's Copyrighted Work(s)*

30.     Plaintiff retained IPP, Limited ("IPP") to identify the IP addresses that are being used by those people that are using the BitTorrent protocol and the internet to reproduce, distribute, display or perform Plaintiffs' copyrighted works.

5

31.    IPP used forensic software named INTERNATIONAL IPTRACKER v1.2.1 and related technology enabling the scanning of peer-to-peer networks for the presence of infringing transactions.

32.    IPP extracted the resulting data emanating from the investigation, reviewed the evidence logs, and isolated the transactions and the IP addresses associated therewith for the file identified by the SHA-1 hash values set forth on Exhibit C.

33.    The IP address, Unique Hash Numbers and hit dates contained on Exhibit C accurately reflect what is contained in the evidence logs, and show Defendant had copied a piece of Plaintiff's copyrighted Work(s).

34.    Through each of the transactions, Defendant's computer used their identified IP addresses to connect to the investigative server in order to transmit a full copy, or a portion thereof, of a digital media file identified by the Unique Hash Numbers.

35.    IPP's agent analyzed each BitTorrent "piece" distributed by the Defendant and verified that re-assemblage of the pieces using a BitTorrent Client results in a fully playable digital motion picture of one of Plaintiff's Works, as set forth on Exhibit C.

36.    IPP's agent viewed the Works side-by-side with the digital media file that correlates to the Unique Hash Numbers and determined that they were identical, strikingly similar or substantially similar.

## Miscellaneous

37.    All conditions precedent to bringing this action have occurred or been waived.

38.    Plaintiff retained counsel to represent it in this matter and is obligated to pay said counsel a reasonable fee for its services.

## COUNT I
## Direct Infringement Against John Doe 16

39.     The allegations contained in paragraphs 1-38 are hereby re-alleged as if fully set forth herein.

40.     Plaintiff is the owner of the Registrations for the Works identified on Exhibit C, each of which contains an original work of authorship.

41.     By using the BitTorrent protocol and a BitTorrent Client and the processes described above, Defendant copied the constituent elements of the registered Works that are original.

42.     Plaintiff did not authorize, permit or consent to Defendant's copying of its Works.

43.     As a result of the foregoing, Defendant violated Plaintiff's exclusive right to:

(A)     Reproduce the Works in copies, in violation of 17 U.S.C. §§ 106(1) and 501;

(B)     Redistribute copies of the Works to the public by sale or other transfer of ownership, or by rental, lease or lending, in violation of 17 U.S.C. §§ 106(3) and 501;

(C)     Perform the copyrighted Works, in violation of 17 U.S.C. §§ 106(4) and 501, by showing the Works' images in any sequence and/or by making the sounds accompanying the Work audible and transmitting said performance of the Works, by means of a device or process, to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definitions of "perform" and "publically" perform); and

(D)     Display the copyrighted Works, in violation of 17 U.S.C. §§ 106(5) and 501, by showing individual images of the Works nonsequentially and transmitting said display of the Work by means of a device or process to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definition of "publically" display).

44.     Defendant's infringements were committed "willfully" within the meaning of 17

U.S.C. § 504(c)(2).

45.     In addition to infringing Plaintiff's Works, IPP Limited informed Plaintiff that John Doe 16 infringed, IPP Limited's other customer, Patrick Collins, Inc.'s, unregistered copyrights in the works set forth on Exhibit D on those dates and time set forth on Exhibit D. Plaintiff is not suing for infringement of these works, but said infringements are additional evidence that John Doe 16 was willfully infringing on Plaintiff's Works.

**WHEREFORE,** Plaintiff respectfully requests that the Court:

(A)     Permanently enjoin Defendant and all other persons who are in active concert or participation with Defendant from continuing to infringe Plaintiff's copyrighted Works;

(B)     Order that Defendant delete and permanently remove the torrent file relating to Plaintiff's copyrighted Works from each of the computers under each such Defendant's possession, custody or control;

(C)     Award Plaintiff statutory damages in the amount of $150,000, per infringed Work, pursuant to 17 U.S.C. § 504-(a) and (c);

(D)     Award Plaintiff its reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505; and

(E)     Grant Plaintiff any other and further relief this Court deems just and proper.

## DEMAND FOR A JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

FIORE & BARBER, LLC

By: _____
Christopher P. Fiore, Esquire
Aman M. Barber, III, Esquire
Attorneys for Plaintiff
425 Main Street, Suite 200
Harleysville, PA 19438
Tel:  (215) 256-0205
Fax:  (215) 256-9205
Email:  cfiore@fiorebarber.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2012, I served the foregoing document by overnight courier and Email on the persons set forth on the service list.

By: _____
Christopher P. Fiore, Esquire

## SERVICE LIST

Ronald A. Smith
RONALD A. SMITH AND ASSOCIATES
1617 JFK Boulevard, SUITE 1240
Philadelphia, PA 19103
ronaldasmithesq@aol.com
*Attorney for John Doe 16*



Help     Search     History     Titles     Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = MALIBU MEDIA

Search Results: Displaying 8 of 152 entries



*Anneli Leila Menage a Trois .*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001771662 / 2012-01-17 |
| **Application Title:** | Anneli Leila Menage a Trois . |
| **Title:** | Anneli Leila Menage a Trois . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-01-13 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**EXHIBIT A**



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = MALIBU MEDIA
Search Results: Displaying 24 of 152 entries

◀ previous    next ▶



***Carmen Poolside Striptease.***

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001771672 / 2012-01-17
**Application Title:** Carmen Poolside Striptease.
**Title:** Carmen Poolside Striptease.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2012
**Date of Publication:** 2012-01-09
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC

◀ previous    next ▶

| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format  Full Record ▾ | Format for Print/Save |
| Enter your email address: | Email |

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = MALIBU MEDIA

Search Results: Displaying 123 of 152 entries



---

**Silvie Eufrat Strip Poker.**

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001775909 / 2012-02-17

**Application Title:** Silvie Eufrat Strip Poker.

**Title:** Silvie Eufrat Strip Poker.

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

**Date of Creation:** 2012

**Date of Publication:** 2012-02-06

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
| --- |
| Select Download Format  Full Record  ▼   Format for Print/Save |
| Enter your email address: _____  Email |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = MALIBU MEDIA

Search Results: Displaying 137 of 152 entries

previous    next



*Tiffany Sex with a Supermodel.*

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001762022 / 2011-11-21

**Application Title:** Tiffany Sex with a Supermodel.

**Title:** Tiffany Sex with a Supermodel.

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

**Date of Creation:** 2011

**Date of Publication:** 2011-02-23

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC

previous    next

| Save, Print and Email (**Help Page**) |
| Select Download Format  Full Record ▼   Format for Print/Save |
| Enter your email address: [_____]   Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



### Help   Search   History   Titles   Start Over

## Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = MALIBU MEDIA

Search Results: Displaying 146 of 152 entries



*Veronika Coming Home.*

|   |   |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001774761 / 2012-02-03 |
| **Application Title:** | Veronika Coming Home. |
| **Title:** | Veronika Coming Home. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-01-25 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

# BitTorrent vocabulary

From Wikipedia, the free encyclopedia
 (Redirected from Terminology of BitTorrent)

This list explains terms used when discussing **BitTorrent clients**, and in particular the BitTorrent
protocol used by these clients.

## Common BitTorrent terms

### Announce

Same as "scrape" (see below), but a client also announces that it wants to join the swarm and that
the server should add it to the list of peers in that swarm.

### Availability

(Also known as distributed copies.) The number of full copies of the file available to the client.
Each seed adds 1.0 to this number, as they have one complete copy of the file. A connected peer
with a fraction of the file available adds that fraction to the availability, if no other peer has this
part of the file.
*Example:* a peer with 65.3% of the file downloaded increases the availability by 0.653. However,
if two peers both have the same portion of the file downloaded - say 50% - and there is only one
seeder, the availability is 1.5.

### Choked

Describes a peer to whom the client refuses to send file pieces. A client *chokes* another client in
several situations:

- The second client is a *seed*, in which case it does not want any pieces (i.e., it is completely
  *uninterested*)
- The client is already uploading at its full capacity (it has reached the value of `max_uploads`)
- The second client has been blacklisted for being abusive or is using a blacklisted BitTorrent
  client.

### Client

The program that enables p2p file sharing via the BitTorrent protocol. Examples of clients include
µTorrent and Vuze.

### Downloader

A *downloader* is any peer that does not have the entire file and is downloading the file. This term,
used in Bram Cohen's Python implementation, lacks the negative connotation attributed to *leech*.
Bram prefers *downloader* to *leech* because BitTorrent's tit-for-tat ensures downloaders also upload
and thus do not unfairly qualify as *leeches*.

# EXHIBIT B

## End Game

Bittorrent has a couple of download strategies for initializing a download, downloading normally among the middle of the torrent, and downloading the last few **pieces** (see below) of a torrent. Typically, the last download pieces arrive more slowly than the others since the faster and more easily accessible pieces should have already been obtained, so to prevent this, the BitTorrent client attempts to get the last missing pieces from all of its peers. Upon receiving a piece, a cancel request command is sent to other peers.

## Fake

A fake torrent is a torrent that does not contain what is specified in its name or description(i.e. a torrent is said to contain a video, but it contains only a snapshot of a moment in the video, or in some cases a virus).

## Hash

The hash is a string of alphanumeric characters in the .torrent file that the client uses to verify the data that is being transferred. It contains information like the file list, sizes, pieces, etc. Every piece received is first checked against the hash. If it fails verification, the data is discarded and requested again. The 'Hash Fails' field in the torrent's General tab shows the number of these hash fails.

Hash checks greatly reduce the chance that invalid data is incorrectly identified as valid by the BitTorrent client, but it is still possible for invalid data to have the same hash value as the valid data and be treated as such. This is known as a hash collision.

## Health

Health is shown in a bar or in % usually next to the torrents name and size, on the site where the `.torrent` file is hosted. It shows if all pieces of the torrent are available to download (i.e. 50% means that only half of the torrent is available).

## Index

An *index* is a list of .torrent files (usually including descriptions and other information) managed by a website and available for searches. An *index* website can also be a *tracker*.

## Interested

Describes a downloader who wishes to obtain pieces of a file the client has. For example, the uploading client would flag a downloading client as 'interested' if that client did not possess a piece that it did, and wished to obtain it.

## Leech

A *leech* is a term with two meanings. Usually it is used to refer a *peer* who has a negative effect on the swarm by having a very poor share ratio (downloading much more than they upload). Most leeches are users on asymmetric internet connections and do not leave their BitTorrent client open

to seed the file after their download has completed. However, some leeches intentionally avoid uploading by using modified clients or excessively limiting their upload speed.
The often used second meaning of *leech* is synonymous with *downloader* (see above): used simply to describe a *peer* or any client that does not have 100% of the data. This alternative meaning was mainly introduced by most BitTorrent tracker sites.

## Lurker

A *lurker* is a user that only downloads files from the group but does not add new content. It does not necessarily mean that the lurker will not seed. Not to be confused with a *leecher*.

## p2p

Stands for "peer to peer", which is the technology used for file sharing among computer users over the internet. In a p2p network, each node (or computer on the network) acts as both a client and a server. In other words, each computer is capable of both sending and receiving data.

## Peer

A *peer* is one instance of a BitTorrent client running on a computer on the Internet to which other clients connect and transfer data. Usually a *peer* does not have the complete file, but only parts of it. However, in the colloquial definition, "peer" can be used to refer to any participant in the swarm (in this case, it's synonymous with "client").

## Piece

This refers to the torrented files being divided up into equal specific sized pieces (*e.g.* 512Kb, 1Mb). The pieces are distributed in a random fashion among peers in order to optimize trading efficiency.

## Ratio credit

A *ratio credit*, also known as *upload credit* or *ratio economy*, is a currency system used on a number of private trackers to provide an incentive for higher upload/download ratios among member file-sharers. In such a system, those users who have greater amounts of bandwidth, hard drive space (particularly seedboxes) or idle computer uptime are at a greater advantage to accumulate ratio credits versus those who are lacking in any one or more of the same resources.

## Scrape

This is when a client sends a request to the tracking server for information about the statistics of the torrent, such as with whom to share the file and how well those other users are sharing.

## Seeder

A *seeder* is a *peer* that has an entire copy of the torrent and offers it for upload. The more *seeders* there are, the better the chances of getting a higher download speed. If the seeder seeds the whole copy of the download, they should get faster downloads.

## Share ratio

A user's share ratio for any individual torrent is a number determined by dividing the amount of data that user has uploaded by the amount of data they have downloaded. Final share ratios over 1 carry a positive connotation in the BitTorrent community, because they indicate that the user has sent more data to other users than they received. Likewise, share ratios under 1 have negative connotation.

## Snubbed

An uploading client is flagged as *snubbed* if the downloading client has not received any data from it in over 60 seconds.

## Super-seeding

When a file is new, much time can be wasted because the seeding client might send the same file piece to many different peers, while other pieces have not yet been downloaded at all. Some clients, like ABC, Vuze, BitTornado, TorrentStorm, and µTorrent have a "super-seed" mode, where they try to only send out pieces that have never been sent out before, theoretically making the initial propagation of the file much faster. However the super-seeding becomes substantially less effective and may even reduce performance compared to the normal "rarest first" model in cases where some peers have poor or limited connectivity. This mode is generally used only for a new torrent, or one which must be re-seeded because no other seeds are available.

## Swarm

*Main article: segmented downloading*

Together, all *peers* (including *seeders*) sharing a *torrent* are called a *swarm*. For example, six ordinary *peers* and two *seeders* make a *swarm* of eight.

## Torrent

A *torrent* can mean either a `.torrent` metadata file or all files described by it, depending on context. The *torrent file* contains metadata about all the files it makes downloadable, including their names and sizes and checksums of all pieces in the *torrent*. It also contains the address of a *tracker* that coordinates communication between the peers in the swarm.

## Tracker

A *tracker* is a server that keeps track of which seeds and peers are in the swarm. Clients report information to the tracker periodically and in exchange, receive information about other clients to which they can connect. The tracker is not directly involved in the data transfer and does not have a copy of the file.

# See also

Retrieved from "http://en.wikipedia.org/wiki/BitTorrent_vocabulary"
Categories: BitTorrent | Lexis

BitTorrent vocabulary – Wikipedia, the free encyclopedia                                    Page 5 of 5

- This page was last modified on 22 February 2011 at 15:22.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of Use for details.
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

| Hash | Title | Owner | Hit Date UTC |
|------|-------|-------|--------------|
| FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | Tiffany Sex With A Supermodel | Malibu Media | 02/14/2012 00:38:58 |
| FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | Tiffany Sex With A Supermodel | Malibu Media | 02/14/2012 00:39:28 |
| FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | Tiffany Sex With A Supermodel | Malibu Media | 02/14/2012 00:47:55 |
| 6E7831EEBC75426A771D9777658D7E078B943D14 | Poolside Striptease | Malibu Media | 02/14/2012 01:29:49 |
| 6E7831EEBC75426A771D9777658D7E078B943D14 | Poolside Striptease | Malibu Media | 02/14/2012 01:31:18 |
| C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | Leila And Anneli Menage A Trois | Malibu Media | 02/14/2012 01:31:28 |
| 6E7831EEBC75426A771D9777658D7E078B943D14 | Poolside Striptease | Malibu Media | 02/14/2012 01:31:48 |
| FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | Tiffany Sex With A Supermodel | Malibu Media | 02/14/2012 01:32:46 |
| 6E7831EEBC75426A771D9777658D7E078B943D14 | Poolside Striptease | Malibu Media | 02/14/2012 01:33:59 |
| 6E7831EEBC75426A771D9777658D7E078B943D14 | Poolside Striptease | Malibu Media | 02/14/2012 01:36:29 |
| 6E7831EEBC75426A771D9777658D7E078B943D14 | Poolside Striptease | Malibu Media | 02/18/2012 14:21:50 |
| 6E7831EEBC75426A771D9777658D7E078B943D14 | Poolside Striptease | Malibu Media | 02/18/2012 14:22:20 |
| 6E7831EEBC75426A771D9777658D7E078B943D14 | Carmen Poolside Striptease | Malibu Media | 02/18/2012 14:26:16 |
| 6E7831EEBC75426A771D9777658D7E078B943D14 | Poolside Striptease | Malibu Media | 02/18/2012 14:26:16 |
| C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | Leila And Anneli Menage A Trois | Malibu Media | 02/19/2012 05:52:17 |
| C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | Anneli Leila Menage A Trois | Malibu Media | 02/19/2012 05:52:27 |
| C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | Leila And Anneli Menage A Trois | Malibu Media | 02/19/2012 05:53:47 |
| C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | Leila And Anneli Menage A Trois | Malibu Media | 02/19/2012 05:54:05 |
| C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | Leila And Anneli Menage A Trois | Malibu Media | 02/19/2012 05:54:15 |
| C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | Leila And Anneli Menage A Trois | Malibu Media | 02/19/2012 05:54:16 |
| 4F3F9E344293 7E1306B25BC152C61BE6AFF6EDA | Veronika Coming Home | Malibu Media | 02/19/2012 06:02:33 |
| 4F3F9E3442937E1306B25BC152C61BE6AFF6EDA | Veronika Coming Home | Malibu Media | 02/19/2012 06:03:24 |
| 38B29045632EB116F6BD4FFAA96ED0E62F9A9BE4 | Strip Poker Eufrat | Malibu Media | 02/19/2012 06:23:41 |

**EXHIBIT C**

| Hash | Title | Owner | Hit Date UTC |
|------|-------|-------|--------------|
| D968A713EDE772904C9F5E35EB06902624DE4286 | Evalutionary #2 | ELEGANT ANGEL | 03/17/2012 01:48:09 |
| D968A713EDE772904C9F5E35EB06902624DE4286 | Evalutionary #2 | ELEGANT ANGEL | 03/17/2012 01:51:02 |
| D968A713EDE772904C9F5E35EB06902624DE4286 | Evalutionary #2 | ELEGANT ANGEL | 03/17/2012 13:37:28 |
| D968A713EDE772904C9F5E35EB06902624DE4286 | Evalutionary #2 | ELEGANT ANGEL | 03/17/2012 13:37:29 |
| D968A713EDE772904C9F5E35EB06902624DE4286 | Evalutionary #2 | ELEGANT ANGEL | 03/17/2012 13:37:31 |
| D968A713EDE772904C9F5E35EB06902624DE4286 | Evalutionary #2 | ELEGANT ANGEL | 03/17/2012 13:42:32 |

**EXHIBIT D**