UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No. 2:12-cv-02078-MMB

MALIBU MEDIA, L.L.C,

    Plaintiff,

v.

JOHN DOE 16,

    Defendant.

**NOTICE OF SERVICE OF SUBPOENAS FOR THE
PURPOSE OF TAKING DEPOSITIONS DUCES TECUM**

**NOTICE IS HEREBY GIVEN** that the undersigned has issued the attached Subpoenas Duces Tecum directed to:

**Records Custodian for:**
**Peer Media Technologies, Inc.**
**9046 Lindblade Street**
**Culver City CA 90232**

**Records Custodian For:**
**Verizon Internet Services**
**Legal Compliance**
**P.O. Box 1001**
**San Angelo, TX  76902**
**Via Facsimile: (325) 949-6916**

**Records Custodian for:**
**Yahoo Headquarters**
**701 First Avenue**
**Sunnyvale, CA  94089**
**Telephone: (408) 349-3300**

**Records Custodian for:**
**Google, Inc.**
**1600 Amphitheatre Parkway**
**Mountain View, CA  94043**
**Telephone: (650) 253-0000**

**Records Custodian for:**
**Bing Corporate Offices**
**1 Microsoft Way**
**Redmond, WA. 98052**
**Telephone: (425) 936-7329**

**Records Custodian for:**
**Ask Jeeves, Inc.**
**a/k/a Ask.com**
**5858 Horton Street**
**Suite 350**
**Emeryville, CA 94608**
**Facsimile: (510) 985-7412**

**Records Custodian for:**
**Dogpile**
**c/o Blucora**
**f/k/a Infospace, Inc.**
**601 108th Avenue NE**
**Suite 1200**
**Bellevue, WA. 98004**
**Telephone: (425) 201-6100**

who are not parties to this action, to appear for deposition on said Subpoenas Duces Tecum, at the time and place specified in the Subpoenas Duces Tecum.

Dated: December 21, 2012

                                        Respectfully submitted,

                                        FIORE & BARBER, LLC

By:    /s/ *Christopher P. Fiore*
                                        Christopher P. Fiore, Esquire
                                        Aman M. Barber, III, Esquire
                                        425 Main Street, Suite 200
                                        Harleysville, PA 19438
                                        Tel:  (215) 256-0205
                                        Fax:  (215) 256-9205
                                        Email:  cfiore@fiorebarber.com
                                        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2012, I served a copy of the foregoing upon the persons on the attached service list.

By: /s/ *Christopher P. Fiore*

## SERVICE LIST

Ronald A. Smith, Esq.  *Service by USPS & email*
Ronald A. Smith & Associates
1617 JFK Boulevard
Suite 1240
Philadelphia, PA 19103
Email: ronaldasmithesq@aol.com