UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
----------------------------------------------------------------X
                                                                :
 MALIBU MEDIA, LLC,                                             :
                                                                :   Civil Action No. 2:12-cv-02078-MMB
                        Plaintiff,                              :
                                                                :
                vs.                                             :
                                                                :
 JOHN DOES 1-16,                                                :
                                                                :
                        Defendants.                             :
                                                                :
----------------------------------------------------------------X
```

## PLAINTIFF'S NOTICE OF EXPERT WITNESS DISCLOSURE

Plaintiff, Malibu Media, LLC, hereby identifies its experts as Patrick Paige and Dave Kleiman.  Please find the attached curriculum vitae for Mr. Paige and Mr. Kleiman.  Plaintiff has retained both experts for the purpose of (a) opining about IPP Limited's software, and (b) reviewing the John Doe defendants' computers and hard drives and opining about anything they may discover.

Dated:  December 21, 2012

                                                    Respectfully submitted,

                                                    FIORE & BARBER, LLC

By:   /s/ *Christopher P. Fiore*
       Christopher P. Fiore, Esquire
       Aman M. Barber, III, Esquire
       Attorneys for Plaintiff
       425 Main Street, Suite 200
       Harleysville, PA 19438
       Tel:  (215) 256-0205
       Fax:  (215) 256-9205
       Email:  cfiore@fiorebarber.com
       ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 21, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                By:      */s/ Christopher P. Fiore*