UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
------------------------------------------------------------X
                                                            :
MALIBU MEDIA, LLC,                                          :
                                                            :   Civil Action No. 2012-2078
                    Plaintiff,                              :
                                                            :   Consolidated from Cases:
            vs.                                             :   2:12-cv-02078-MMB
                                                            :   2:12-cv-02084-MMB
JOHN DOES 1, 6, 13, 14, and 16,                             :   5:12-cv-02088-MMB
                                                            :
                    Defendants.                             :
                                                            :
------------------------------------------------------------X
```

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

PLEASE TAKE NOTICE, Plaintiff is attaching hereto a copy of the Memorandum Opinion Re: Plaintiff's Motion to Dismiss Defendant's Counterclaim entered in *Malibu Media, LLC v. Doe 1*, 12-cv-1198, 2012 WL 6681990, (D. Md. Dec. 21, 2012), as well as the Answer and Counterclaim on which the Opinion was based. In this case, the Honorable Judge Deborah K. Chasanow granted Plaintiff's Motion to Dismiss Defendant's Counterclaim which is nearly identical to the one filed by Defendant John Doe 16 in this case, and which raises the exact same issues pending before this Court.

Dated: January 16, 2013

                                                   Respectfully submitted,
                                                   FIORE & BARBER, LLC

By:    /s/ *Christopher P. Fiore*
       Christopher P. Fiore, Esquire
       Aman M. Barber, III, Esquire
       Attorneys for Plaintiff
       425 Main Street, Suite 200
       Harleysville, PA 19438
       Tel: (215) 256-0205
       Fax: (215) 256-9205
       Email: cfiore@fiorebarber.com
       ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   /s/ *Christopher P. Fiore*