**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MALIBU MEDIA, LLC,

     *Plaintiff*,

v.

JOHN DOES 1 – 16,

     *Defendants.*

**CONSOLIDATED**
**CIVIL ACTION NO. 12-2078**

Consolidated from Cases:
2:12-cv-02078-MMB
2:12-cv-02084-MMB
5:12-cv-02088-MMB

MALIBU MEDIA, LLC,

     *Plaintiff*,

v.

JOHN DOES 1 – 14,

     *Defendants.*

CIVIL ACTION NO. 12-2084

MALIBU MEDIA, LLC,

     *Plaintiff*,

v.

JOHN DOES 1 – 22,

     *Defendants.*

CIVIL ACTION NO. 12-2088

## ENTRY OF APPEARANCE

Kindly enter the appearance of Corey Osborn, Esquire on behalf of Non-Parties Comcast

Cable Holdings, Inc. and Comcast Corporation (collectively "Comcast").


Dated:  January 25, 2013                              Respectfully submitted,

                                                     __s/ Corey Osborn_____
                                                     Corey Osborn
                                                     Pa. Id. 309913
                                                     Tucker Law Group
                                                     One Penn Center at Suburban Station
                                                     1617 John F. Kennedy Blvd., Suite 1700
                                                     Philadelphia, PA 19103
                                                     cosborn@tlgattorneys.com
                                                     215-875-0069

                                                     *Counsel for Non-Party Comcast*

                                                     *Of Counsel:*
                                                     John D. Seiver
                                                     Ronald G. London
                                                     Leslie G. Moylan
                                                     **DAVIS WRIGHT TREMAINE LLP**
                                                     1919 Pennsylvania Ave., N.W., Suite 800
                                                     Washington, DC 20006
                                                     (202) 973-4200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25 day of January, 2013, true and correct copies of the

foregoing document were served via ECF upon all counsel of record.

Christopher P. Fiore, Esquire
Aman M. Barber, III, Esquire
Fiore & Barber, LLC
425 Main Street, Suite 200
Harleysville, PA 19438
*Attorney for Malibu Media, LLC*

Leonard J. French, Esquire
The Law Offices of Leonard J. French
P.O. Box 9125
Allentown, PA 18105
*Attorney for Doe 1*

Jordan Rushie, Esquire
2424 East York Street, Suite 316
Philadelphia, PA, 19125
*Attorney for John Doe 13*

Marc J. Randazza, Esquire
Randazza Legal Group
6525 W. Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
*Attorney for John Doe 13*

Thad M. Gelsinger, Esquire
The Law Firm of Leisawitz Heller
2755 Century Boulevard
Reading, PA 19610
*Attorneys for John Doe 14*

             s/ Corey Osborn