UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                          :
                                            :   Civil Action No. <u>2012-2078</u>
              Plaintiff,   :
                                            :   Consolidated from Cases:
       vs.                              :   2:12-cv-02078-MMB
                                            :   2:12-cv-02084-MMB
JOHN DOES 1, 6, 13, 14, and 16,             :   5:12-cv-02088-MMB
                                            :
              Defendants.  :
                                            :
---------------------------------------------------------------X

<b><u>PLAINTIFF'S NOTICE OF FILING DECLARATION OF JOHN DOE 6</u></b>

PLEASE TAKE NOTICE, Plaintiff hereby files a copy of John Doe 6's declaration, in which he acknowledges that a family member residing in his home committed the infringement.

Dated: February 5, 2013

                                               Respectfully submitted,
                                               FIORE & BARBER, LLC

By:   /s/ *Christopher P. Fiore*
       Christopher P. Fiore, Esquire
       Aman M. Barber, III, Esquire
       425 Main Street, Suite 200
       Harleysville, PA 19438
       Tel: (215) 256-0205
       Fax: (215) 256-9205
       Email: cfiore@fiorebarber.com
       ATTORNEYS FOR PLAINTIFF

<b><u>CERTIFICATE OF SERVICE</u></b>

I hereby certify that on February 5, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                               By:   /s/ *Christopher P. Fiore*