UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                               :
                                                 :   Civil Action No. <u>2012-2078</u>
                      Plaintiff,                 :
                                                 :   Consolidated from Cases:
            vs.                                  :   2:12-cv-02078-MMB
                                                 :   2:12-cv-02084-MMB
JOHN DOES 1, 6, 13, 14, and 16,                  :   5:12-cv-02088-MMB
                                                 :
                      Defendants.                :
                                                 :
---------------------------------------------------------------X

**<u>STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS
AGAINST DEFENDANT JOHN DOE 6 WITH PREJUDICE</u>**

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, and Defendant, John Doe 6, pursuant to Fed.R.Civ.P. 41(a)(1), hereby stipulate to the entry of an order dismissing Plaintiff's Complaint against John Doe 6 <u>with prejudice</u>.  Defendant John Doe 6 was assigned the IP address 71.224.144.232.  For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Dated:  February 5, 2013

Respectfully submitted,

By: <u> /s/ *Christopher P. Fiore*          </u>                By: <u> /s/ *Charles Thomas, Jr.*          </u>
Christopher P. Fiore, Esquire                                     Charles Thomas, Jr., Esquire
Aman M. Barber, III, Esquire                                      The Thomas Firm
FIORE & BARBER, LLC                                               117 West Gay Street
Attorneys for Plaintiff                                           Suite 316
425 Main Street, Suite 200                                        West Chester, PA 19380
Harleysville, PA 19438                                            Tel: (877) 397-3003
Tel:  (215) 256-0205                                              Email: ct@thomastrials.com
Fax:  (215) 256-9205                                              *Attorney for John Doe 6*
Email:  cfiore@fiorebarber.com
*Attorneys for Malibu Media, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of February, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

By: /s/ *Christopher P. Fiore*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

MALIBU MEDIA, LLC,

    Plaintiff,

vs.

JOHN DOES 1, 6, 13, 14, and 16,

    Defendants.

Civil Action No. <u>2012-2078</u>

Consolidated from Cases:
2:12-cv-02078-MMB
2:12-cv-02084-MMB
5:12-cv-02088-MMB

---

### ORDER ON STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT JOHN DOE 6 WITH PREJUDICE

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss Plaintiff's Complaint against Defendant John Doe 6 With Prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Complaint against Defendant John Doe 6 is hereby dismissed with prejudice.

SO ORDERED this ___ day of _____, 2013.

By: _____
**UNITED STATES MAGISTRATE JUDGE**