UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                :
                                                  :   Civil Action No. 2012-2078
                       Plaintiff,                 :
                                                  :   Consolidated from Cases:
          vs.                                     :   2:12-cv-02078-MMB
                                                  :   2:12-cv-02084-MMB
JOHN DOES 1, 6, 13, 14, and 16,                   :   5:12-cv-02088-MMB
                                                  :
                       Defendants.                :
                                                  :
------------------------------------------------------------------X

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO NON-PARTIES COMCAST CABLE HOLDINGS, INC. AND COMCAST CORPORATION'S MOTION TO QUASH OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER [CM/ECF NO. 72]**

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File its Responses to Non-Parties Comcast Cable Holdings, Inc. and Comcast Corporation's Motion to Quash or, in the Alternative, for a Protective Order (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have up to February 15, 2013 to respond to Comcast's Motion.

SO ORDERED this ___ day of _____, 2013.


                                        By: _____
                                             **UNITED STATES DISTRICT JUDGE**