IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC<br>Plaintiffs<br><br>v.<br><br>JOHN DOES 6,<br>Defendant | Civil No.: 5:12-cv-02078-MMB<br><br><br><br>Hon. Michael M. Baylson |

FILED
FEB - 8 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER

AND NOW this 8th Day of February, 2013, it is hereby ORDERED that the Declaration previously filed on February 5, 2013 in the above captioned matter and recorded at Document 80-1 is hereby SEALED, and the Clerk of Courts is DIRECTED to take all necessary measures to restrict access to Document 80-1 to the general public.

It is further ORDERED that the Clerk shall file and docket the attached redacted declaration, which is intended to replace Document 80-1 in the record.

BY THE COURT

_____
MICHAEL M. BAYLSON, JUDGE

1