UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------X
:
MALIBU MEDIA, LLC, :
: Civil Action No. 2012-2078
Plaintiff, :
: Consolidated from Cases:
vs. : 2:12-cv-02078-MMB
: 2:12-cv-02084-MMB
JOHN DOES 1, 6, 13, 14, and 16, : 5:12-cv-02088-MMB
:
Defendants. :
:
------------------------------------------------------------X

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO NON-PARTIES COMCAST CABLE HOLDINGS, INC. AND COMCAST CORPORATION'S MOTION TO QUASH OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER [CM/ECF NO. 72]**

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File its Responses to Non-Parties Comcast Cable Holdings, Inc. and Comcast Corporation's Motion to Quash or, in the Alternative, for a Protective Order (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have up to February 15, 2013 to respond to Comcast's Motion.

SO ORDERED this 12th day of February, 2013.

By: _____
UNITED STATES DISTRICT JUDGE