UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC, :
: Civil Action No. <u>2012-2078</u>
Plaintiff, :
: Consolidated from Cases:
vs. : 2:12-cv-02078-MMB
: 2:12-cv-02084-MMB
JOHN DOES 1, 6, 13, 14, and 16, : 5:12-cv-02088-MMB
:
Defendants. :
:
---------------------------------------------------------------X

### NOTICE REGARDING COMCAST'S THIRD PARTY MOTION TO QUASH

Plaintiff hereby gives notice that it did not file an opposition to Comcast's Third Party Motion to Quash [Dkt. 72] based upon Comcast's oral representation that they would withdraw the motion.

Dated: February 19, 2013

                                              Respectfully submitted,

                                              By: /s/ *M. Keith Lipscomb*
                                              M. Keith Lipscomb (429554)
                                              klipscomb@lebfirm.com
                                              Lipscomb, Eisenberg & Baker, PL
                                              2 South Biscayne Boulevard
                                              Penthouse 3800
                                              Miami, FL  33131
                                              Telephone:  (786) 431-2228
                                              Facsimile:  (786) 432-2229
                                              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 19, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By: /s/ *M. Keith Lipscomb*