IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| Plaintiff | : | Civil Action No. 12-cv-02078 |
| vs. | : | |
| JOHN DOES 1, 6, 13, 14, & 16, | : | |
| Defendants | : | |

## STIPULATION OF DISMISSAL

TO THE CLERK:

The Parties have stipulated to voluntarily dismiss the Counterclaims filed by the Defendant, John Doe No. 14, without prejudice.

Respectfully submitted,

/s/ M. Keith Lipscomb, Esquire
M. Keith Lipscomb, Esquire
*Attorney for Plaintiff, Malibu Media, LLC*

/s/ Thad M. Gelsinger, Esquire
Thad M. Gelsinger, Esquire
*Attorney for Defendant, John Doe #14*

/s/ Leonard J. French
Leonard J. French, Esquire
*Attorney for Defendant, John Doe #1*

/s/ Ronald A. Smith
Ronald A. Smith, Esquire
*Attorney for Defendant, John Doe #16*

{00512748 }