UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC, :
: Civil Action No. 2012-2078
Plaintiff, :
: Consolidated from Cases:
vs. : 2:12-cv-02078-MMB
: 2:12-cv-02084-MMB
JOHN DOES 1, 6, 13, 14, and 16, : 5:12-cv-02088-MMB
:
Defendants. :
:
---------------------------------------------------------------X

## ORDER GRANTING PLAINTIFF'S MOTION FOR THE ENTRY OF AN ORDER AUTHORIZING COMCAST AND VERIZON TO COMPLY WITH A THIRD PARTY SUBPOENA

THIS CAUSE came before the Court upon Plaintiff's Motion for the Entry of an Order Authorizing Comcast and Verizon to Comply With a Third Party Subpoena (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Comcast and Verizon may comply with Plaintiff's Subpoena Duces Tecum for deposition, as narrowed by the parties, as outlined in Plaintiff's Motion.

SO ORDERED this 11 day of March, 2013.

By: _____
UNITED STATES DISTRICT JUDGE