IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| Plaintiff | : | Civil Action No. 12-cv-02078 |
| | : | |
| vs. | : | Consolidated from Cases: |
| | : | 2:12-cv-02078-MMB |
| JOHN DOES 1, 6, 13, 14, and 16, | : | 2:12-cv-02084-MMB |
| Defendants | : | 5:12-cv-02088-MMB |

### ENTRY OF APPEARANCE

Please enter my appearance for John Doe No. 14 in the above case and I designate 2755 Century Blvd., Wyomissing, Pennsylvania 19610 as the place within the County of Berks where papers, process and notices may be served.

*/s/ Kevin A. Moore*

Kevin A. Moore, Esquire
ID No. 75068
Leisawitz Heller
2755 Century Blvd.
Wyomissing, PA 19610
610-372-3500

Dated: March 11, 2013

{00516999 }