**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
--------------------------------------------------------------X
                                             :
MALIBU MEDIA, LLC,                           :
                                             :      Civil Action No. 2012-2078
                           Plaintiff,        :
                                             :      Consolidated from Cases:
                  vs.                        :      2:12-cv-02078-MMB
                                             :      2:12-cv-02084-MMB
JOHN DOES 1, 6, 13, 14, and 16,              :      5:12-cv-02088-MMB
                                             :
                           Defendants.       :
                                             :
--------------------------------------------------------------X
```

## MOTION FOR THE ENTRY OF AN ORDER REQUIRING
## DEFENDANTS TO SIGN CONSENT FORM

Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for entry of an order requiring John Does 1, 14, and 16 to sign the consent forms enabling the release of their search history and ISP subscriber records, and states:

1.      Plaintiff has served third party subpoenas *duces tecum* for 30(b)(6) depositions on Defendants' ISPs, Comcast and Verizon, and on Internet search engines Google, AskJeeves, Yahoo, and Bing.

2.      The search engines have made several objections regarding Plaintiff's subpoenas. After good faith conferences with the search engines, Plaintiff agreed to narrow the scope of the discovery.   However, before any information is released to Plaintiff, Plaintiff must obtain Defendants' consent for the ISPs to release Defendants' search history.

3.      The ISPs have also requested Plaintiff obtain either a Court order or the Defendants' consent in order to comply with Plaintiff's subpoena.   Although Plaintiff has

1

received a Court order, for the avoidance of doubt, Plaintiff wants to provide the ISPs with Defendants' consent as well.

4.     Plaintiff has also provided Defendants with a consent form, authorizing the ISPs to produce the subpoenaed information to Plaintiff.

WHEREFORE Plaintiff respectfully requests that the Court enter an order requiring Defendants to sign the two consent forms authorizing the release of search engine history and ISP subscriber records and return it to Plaintiff.   A proposed order is attached hereto for the Court's convenience.

Dated:  March 12, 2013

Respectfully submitted,

By: /s/ M. Keith Lipscomb
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB, EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ M. Keith Lipscomb

## SERVICE LIST

Leonard J. French, Esquire                                      *CM/ECF*
The Law Offices of Leonard J. French
P.O. Box 9125
Allentown, PA 18105
Email: ljfrench@leonardjfrench.com
*Attorney for Doe 1*


Jordan Rushie, Esquire                                          *CM/ECF*
2424 East York Street, Suite 316
Philadelphia, PA, 19125
Email: Jordan@FishtownLaw.com
*Attorney for John Doe 13*


Marc J. Randazza, Esquire                                       *CM/ECF*
Randazza Legal Group
6525 W. Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
rlgall@randazza.com
*Attorney for John Doe 13 (pro hac vice pending)*


Thad M. Gelsinger, Esquire                                      *CM/ECF*
The Law Firm of Leisawitz Heller
2755 Century Boulevard
Reading, PA 19610
tgelsinger@LeisawitzHeller.com
*Attorneys for John Doe 14*


Ronald A. Smith, Esq.                                           *CM/ECF*
Ronald A. Smith & Associates
1617 JFK Boulevard
Suite 1240
Philadelphia, PA 19103
Email: ronaldasmithesq@aol.com
*Attorneys for John Doe 16*

## SERVICE LIST (CONTINUED)

John Seiver                                            *U.S. Mail and E-Mail*
Davis Wright Tremaine, LLP
1919 Pennsylvania Avenue NW
Suite 800
Washington, DC 20006-3401
Email: Johnseiver@dwt.com


Giancarlo Urey, Esq.                                   *U.S. Mail and E-Mail*
Morrison & Foerster, LLP
555 West Fifth Street
Los Angeles, CA 90013-1024
Email: GUrey@mofo.com