UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------X
:
MALIBU MEDIA, LLC,  :
: Civil Action No. <u>2012-2078</u>
Plaintiff, :
: Consolidated from Cases:
vs. : 2:12-cv-02078-MMB
: 2:12-cv-02084-MMB
JOHN DOES 1, 6, 13, 14, and 16, : 5:12-cv-02088-MMB
:
Defendants. :
:
------------------------------------------------------------X

**ORDER GRANTING MOTION FOR THE ENTRY OF AN
ORDER REQUIRING DEFENDANTS TO SIGN CONSENT FORM**

THIS CAUSE came before the Court upon Plaintiff's Motion for the Entry of an Order Requiring Defendants to Sign Consent Form (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted.  The Defendants shall sign the consent form and return it to Plaintiff within 48 hours of the entry of this order.

SO ORDERED this ___ day of _____, 2013.


By: _____
**UNITED STATES DISTRICT JUDGE**