IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**JOHN DOES 1-16,**<br><br>　　　　　　　　　**Defendants.** | **CIVIL ACTION NO. 12-2078** |
| **MALIBU MEDIA, LLC,**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**JOHN DOES 1-14,**<br><br>**Defendants.** | **CIVIL ACTION NO. 12-2084** |
| **MALIBU MEDIA, LLC,**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**JOHN DOES 1-22,**<br><br>**Defendants.** | **CIVIL ACTION NO. 12-2088** |

## ORDER

　　**AND NOW,** this 13th day of March, 2013, it is hereby **ORDERED** that defendants shall respond by **Monday, March 18, 2013,** to plaintiff's Motion for the Entry of an Order Requiring Defendants to Sign Consent Form.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/s/ Michael M. Baylson**

　　　　　　　　　　　　　　　　　　**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 12\12-2078 MALIBU MEDIA V. JOHN DOES 1-16\12CV2078.12CV2084.12CV2088.031313.CONSENT.DOCX