UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                               :
:              Civil Action No. <u>2012-2078</u>
        Plaintiff,                               :
:              Consolidated from Cases:
    vs.                                          :              2:12-cv-02078-MMB
:              2:12-cv-02084-MMB
JOHN DOES 1, 6, 13, 14, and 16,                  :              5:12-cv-02088-MMB
:
        Defendants.                              :
:
---------------------------------------------------------------X

### STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT JOHN DOE 14 WITH PREJUDICE

PLEASE TAKE NOTICE, Plaintiff, Malibu Media, LLC, and Defendant, John Doe 14, pursuant to Fed.R.Civ.P. 41(a)(1), hereby stipulate to the entry of an order dismissing Plaintiff's Complaint against Defendant John Doe 14 <u>with prejudice</u>.

Dated this 8th day of April, 2013

Respectfully submitted,

| | |
|---|---|
| By: /s/ *M. Keith Lipscomb* | By: /s/ Thad M. Gelsinger, Esquire |
| M. Keith Lipscomb, Esq. | Thad M. Gelsinger, Esq. |
| klipscomb@lebfirm.com | tgelsinger@leisawitzheller.com |
| LIPSCOMB, EISENBERG & BAKER, PL | LEISAWITZ HELLER |
| 2 South Biscayne Blvd. | ABRAMOWITCH PHILLIPS PC |
| Penthouse 3800 | 2755 Century Boulevard |
| Miami, FL 33131 | Wyomissing, PA 19610 |
| Telephone: (786) 431-2228 | Telephone: (610) 372-3500 |
| Facsimile: (786) 431-2229 | *Attorneys for John Doe 14* |
| *Attorneys for Plaintiff* | |

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 8, 2013, I served a copy of the foregoing upon the persons on the attached service list.

                    By: /s/ *M. Keith Lipscomb*

**SERVICE LIST**

| | |
|---|---|
| Leonard J. French, Esquire<br>The Law Offices of Leonard J. French<br>P.O. Box 9125<br>Allentown, PA 18105<br>Tel: (610)537-3537<br>Email: ljfrench@leonardjfrench.com<br>*Attorney for Doe 1* | *U.S. Mail and E-Mail* |
| Jordan Rushie, Esquire<br>2424 East York Street, Suite 316<br>Philadelphia, PA, 19125<br>Tel: (215) 385-5291<br>Email: Jordan@FishtownLaw.com<br>*Attorney for John Doe 13* | *U.S. Mail and E-Mail* |
| Ronald A. Smith, Esq.<br>Ronald A. Smith & Associates<br>1617 JFK Boulevard<br>Suite 1240<br>Philadelphia, PA 19103<br>Email: ronaldasmithesq@aol.com<br>*Attorneys for John Doe 16* | *U.S. Mail and E-Mail* |