DATE OF NOTICE:  April 16, 2013

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br>            Plaintiff,<br><br>       v.<br><br>**JOHN DOES 1-16,**<br>            Defendants. | **CIVIL ACTION NO. 12-2078** |
| **MALIBU MEDIA, LLC,**<br>            Plaintiff,<br><br>       v.<br><br>**JOHN DOES 1-14,**<br>            Defendants. | **CIVIL ACTION NO. 12-2084** |
| **MALIBU MEDIA, LLC,**<br>            Plaintiff,<br><br>       v.<br><br>**JOHN DOES 1-22,**<br>            Defendants. | **CIVIL ACTION NO. 12-2088** |

**NOTICE**

The Court issues this notice to inform counsel for all parties in *Malibu Media, LLC v. John Does 1, 6, 13, 14, and 16*, Civil Case No. 12-2078, of an inadvertent filing omission that recently came to the Court's attention.  On March 6, 2013, the Court issued an Order denying in part and granting in part Plaintiff's Motions to Strike or Summarily Dismiss Defendants' Affirmative Defenses and to Dismiss Defendant John Doe 16's Counterclaims. (ECF 103). The Court had prepared an extensive Memorandum of Law to accompany the Order. Due to an administrative error, however, the Memorandum was never filed.  The Court apologizes for this error. It has now been corrected and the Memorandum of Law is available – see Docket Number 117.

The Court understands that John Doe 16 filed Amended Counterclaims on March 28, 2013 (ECF 109), and that Malibu filed a Motion to Dismiss the Amended Counterclaims on April 15, 2013 (ECF 115). Both filings were made without the benefit of the Court's Memorandum intended to accompany the March 6th Order. The Court has reviewed the parties' filings and believes it can nonetheless promptly enter a fair resolution of the motion to dismiss, in a manner that prejudices neither party. However, if either party feels strongly that it needs additional time to amend a prior filing, please advise me as soon as possible and file any further materials within seven (7) days.

                                                    **BY THE COURT:**

                                                    **/s/ Michael M. Baylson**

                                                    **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 12\12-2078 Malibu Media v. John Does 1-16\12CV2078.notice to counsel.docx