UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN DOES 1, 6, 13, 14, and 16,<br><br>　　　　Defendant. | Civil Action No.: 2:12-cv-02078-MMB<br><br>Consolidated from Cases:<br>2:12-cv-02078-MMB<br>2:12-cv-02084-MMB<br>5:12-cv-02088-MMB |

## STIPULATION

This Stipulation is made on this 23rd day of April, 2013, by and between Plaintiff Malibu Media, LLC and Defendant John Doe 16. NOW, THEREFORE, the parties, through their respective counsel, stipulate:

1.　Verizon identified John Doe 16's wife as the subscriber of IP Address No. 96.245.250.242 on February 14, 18, and 19, 2012 and March 17, 2012. The subject IP Address was assigned to another person on March 29, 2012. The technology used by Verizon to correlate the IP Address to John Doe 16's wife on the above referenced dates is reliable.

2.　This stipulation shall be admissible at trial.

**IT IS SO STIPULATED.**

By: _____
RONALD A. SMITH, ESQUIRE
Suite 355
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103
(215) 567-1200

Attorney for
JOHN DOE 16


LIPSCOMB, EISENBERG & BAKER, PL

By: _____
M. Keith Lipscomb
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Tel: (786) 431-2228
Fax: (786) 431-2229
klipscomb@lebfirm.com

Attorneys for
PLAINTIFF MALIBU MEDIA, LLC