# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**JOHN DOES 1, 6, 13, 14, and 16**<br>　　　　　　Defendants. | **CIVIL ACTION**<br>**NOS. 12-2078**<br>　　　　12-2084<br>　　　　12-2088 |

## **NOTICE**

Please be advised that a **TELEPHONE CONFERENCE** re scheduling will be held on **Monday, April 29, 2013 at 2:30 p.m.**, with the Honorable Michael M. Baylson. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at 267-299-7520.

　　　　　　　　　　　　　　　　　　　　　　/s/ Joanne B. Bryson
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Joanne B. Bryson
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk to Judge Baylson
　　　　　　　　　　　　　　　　　　　　　　267-299-7520

cc:　　Christopher P. Fiore, Esquire (cfiore@fiorebarber.com)
　　　　Ronald A. Smith, Esquire (ronaldasmithesq@aol.com)
　　　　John Doe, a/k/a Dietrolldie (US mail)
　　　　Charles Thomas, Jr., Esquire (ct@thomastrials.com)
　　　　Thad Melvin Gelsinger, Esquire (tgelsinger@leisawitzheller.com)
　　　　Ethan R. O'Shea, Esquire (eoshea@hrmml.com)
　　　　Leonard J. French, Esquire (ljfrench@leonardjfrench.com)

O:\CIVIL 12\12-2078 MALIBU MEDIA V. JOHN DOES 1-16\12CV2078.TC.NOTICE.DOCX