UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                                :
:   Civil Action No. 2012-2078
Plaintiff,                            :
:   Consolidated from Cases:
vs.                                   :   2:12-cv-02078-MMB
:   2:12-cv-02084-MMB
JOHN DOES 1, 6, 13, 14, and 16,                                   :   5:12-cv-02088-MMB
:
Defendants.                           :
:
------------------------------------------------------------------X

**PLAINTIFF'S REQUEST TO PRODUCE DOCUMENTS AND TANGIBLE THINGS, OR TO ENTER ONTO LAND UNDER RULE 34**

Plaintiff, Malibu Media, LLC ("Plaintiff") by and through undersigned counsel hereby requests that Defendant, John Doe 16 ("Defendant"):

(1)     Permit Plaintiff to enter onto the following land to inspect, photograph, test, or sample the property or an object or operation on the property pursuant to Fed. R. Civ. P. 34(a)(2):

(a) Plaintiff will enter onto the premises of **[ADDRESS DELETED IN THIS COPY TO PRESERVE DEFENDANT'S PRIVACY]**, for the purpose of: (1) making forensic copies of each of Defendant's computers' hard drives; (2) connecting to the internet to ascertain Defendant's IP address; and (3) inspecting Defendant's modem, new wireless router, and old wireless router.

(b) Such entry will be made on at a time to be agreed upon on or before **May 8, 2013** at **10:00 am**.

Dated: May 2, 2013

1

# EXHIBIT A

                                        Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
     M. Keith Lipscomb (429554)
     klipsomb@lebfirm.com
     LIPSCOMB, EISENBERG & BAKER, PL
     2 South Biscayne Blvd.
     Penthouse 3800
     Miami, FL 33131
     Telephone: (786) 431-2228
     Facsimile:  (786) 431-2229
     *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2013, a true and correct copy of the foregoing document was served via courier and/or email to the following:

## SERVICE LIST

Ronald A. Smith, Esq.
Ronald A. Smith & Associates
1617 JFK Boulevard
Suite 1240
Philadelphia, PA 19103
Email: ronaldasmithesq@aol.com
*Attorneys for John Doe 16*

                                        By: /s/ *M. Keith Lipscomb*