IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**JOHN DOES 1, 6, 13, 14, and 16**<br>　　　　　Defendants. | **CIVIL ACTION NO. 12-2078**<br><br>**[Related and Consolidated:　12-2084**<br>　　　　　　　　　　　　　　　　**12-2088]** |

## SECOND REVISED SCHEDULING ORDER

**AND NOW,** this 2nd day of May, 2013, following a recorded telephone conference with counsel, the following schedule will apply:

1. Plaintiff's pretrial memoranda:  May 16, 2013

2. Defendants' pretrial memoranda:  May 23, 2013

3. Plaintiff's points for charge:  May 16, 2013

4. Defendants' points for charge:  May 23, 2013

5. Motions in limine:  May 23, 2013

6. Responses to motions in limine:  May 30, 2013

7. Jury selection:  June 6, 2013

8. Trial:  June 10, 2013

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　/s/ Michael M. Baylson
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 12\12-2078 MALIBU MEDIA V. JOHN DOES 1-16\12CV2078.2ND.REV.SCH.ORD.DOCX