**DATE OF NOTICE:** May 3, 2013

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br>     **Plaintiff,**<br><br>  v.<br><br>**JOHN DOES 1-16,**<br>     **Defendants.** | **CIVIL ACTION NO. 12-2078** |
| **MALIBU MEDIA, LLC,**<br>     **Plaintiff,**<br><br>  v.<br><br>**JOHN DOES 1-14,**<br>     **Defendants.** | **CIVIL ACTION NO. 12-2084** |
| **MALIBU MEDIA, LLC,**<br>     **Plaintiff,**<br><br>  v.<br><br>**JOHN DOES 1-22,**<br>     **Defendants.** | **CIVIL ACTION NO. 12-2088** |

**NOTICE**

  A **TELEPHONE CONFERENCE** will be held on **Monday, May 6, 2013 at 3:30 p.m**. in Chambers with the Honorable Michael M. Baylson.   Plaintiff shall initiate the call, and when all parties are on the line, call Chambers at 267-299-750.

               /s/ Joanne B. Bryson

               Joanne B. Bryson
               Deputy Clerk to Judge Baylson
               267-299-7520

cc:  Christopher P. Fiore, Esquire (cfiore@fiorebarber.com)
    Ronald A. Smith, Esquire (ronaldasmithesq@aol.com)
    John Doe, a/k/a Dietrolldie (US mail)
    Charles Thomas, Jr., Esquire (ct@thomastrials.com)
    Thad Melvin Gelsinger, Esquire (tgelsinger@leisawitzheller.com)
    Ethan R. O'Shea, Esquire (eoshea@hrmml.com)
    Leonard J. French, Esquire (ljfrench@leonardjfrench.com)

O:\CIVIL 12\12-2078 MALIBU MEDIA V. JOHN DOES 1-16\12CV2078.12CV2084.12CV2088.TC.NOTICE.DOCX