**DATE OF NOTICE:** May 8, 2013

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MALIBU MEDIA, LLC,**  Plaintiff,  v.  **JOHN DOES 1-16,**  Defendants. | **CIVIL ACTION NO. 12-2078** |
| **MALIBU MEDIA, LLC,**  Plaintiff,  v.  **JOHN DOES 1-14,**  Defendants. | **CIVIL ACTION NO. 12-2084** |
| **MALIBU MEDIA, LLC,**  Plaintiff,  v.  **JOHN DOES 1-22,**  Defendants. | **CIVIL ACTION NO. 12-2088** |

### NOTICE

An **EVIDENTIARY HEARING** will be held (tentatively) on **Wednesday, May 22, 2013 at 2:00 p.m**. in Courtroom 3A, U.S. Courthouse, 601 Market Street, Philadelphia.

/s/ Joanne B. Bryson

Joanne B. Bryson
Deputy Clerk to Judge Baylson
267-299-7520

cc: Christopher P. Fiore, Esquire (cfiore@fiorebarber.com)
Ronald A. Smith, Esquire (ronaldasmithesq@aol.com)
Charles Thomas, Jr., Esquire (ct@thomastrials.com)
Thad Melvin Gelsinger, Esquire (tgelsinger@leisawitzheller.com)
Ethan R. O'Shea, Esquire (eoshea@hrmml.com)
Leonard J. French, Esquire (ljfrench@leonardjfrench.com)

O:\CIVIL 12\12-2078 MALIBU MEDIA V. JOHN DOES 1-16\12CV2078.12CV2084.12CV2088.HEARING.NOTICE.DOCX