

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Malibu Media
Search Results: Displaying 10 of 225 entries



*Anneli Leila Menage a Trois .*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001771662 / 2012-01-17 |
| **Application Title:** | Anneli Leila Menage a Trois . |
| **Title:** | Anneli Leila Menage a Trois . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-01-13 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|:---|
| Select Download Format  Full Record ▼  [Format for Print/Save] |
| Enter your email address: _____ [Email] |

Help | Search | History | Titles | Start Over

Contact Us   |   Request Copies   |   Get a Search Estimate   |   Frequently Asked Questions (FAQs) about Copyright   |
Copyright Office Home Page   |   Library of Congress Home Page

# EXHIBIT A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Malibu Media
Search Results: Displaying 32 of 225 entries



*Carmen Poolside Striptease.*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001771672 / 2012-01-17 |
| **Application Title:** | Carmen Poolside Striptease. |
| **Title:** | Carmen Poolside Striptease. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-01-09 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|:---:|
| Select Download Format  Full Record  Format for Print/Save |
| Enter your email address:  Email |

Help  Search  History  Titles  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Malibu Media
Search Results: Displaying 176 of 225 entries



*Silvie Eufrat Strip Poker.*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001775909 / 2012-02-17 |
| **Application Title:** | Silvie Eufrat Strip Poker. |
| **Title:** | Silvie Eufrat Strip Poker. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-02-06 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|:---:|
| Select Download Format  Full Record  Format for Print/Save |
| Enter your email address:  Email |

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Malibu Media
Search Results: Displaying 198 of 225 entries



***Tiffany Sex with a Supermodel.***

|  |  |
|--:|:--|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762022 / 2011-11-21 |
| **Application Title:** | Tiffany Sex with a Supermodel. |
| **Title:** | Tiffany Sex with a Supermodel. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-02-23 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | [Malibu Media LLC](#) |





---

Help | Search | History | Titles | Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Malibu Media
Search Results: Displaying 213 of 225 entries



### *Veronika Coming Home.*

|  |  |
|--:|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001774761 / 2012-02-03 |
| **Application Title:** | Veronika Coming Home. |
| **Title:** | Veronika Coming Home. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-01-25 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |





Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page