**From:** *http://x-art.com/members/videos/menage_a_trois/*



**Copyright Notice**

**From:** *http://x-art.com/members/videos/poolside_striptease/*



**From:** *http://x-art.com/members/videos/strip_poker/*



**From:** *http://x-art.com/members/videos/sex_with_a_supermodel/*



**From:** *http://x-art.com/members/videos/coming_home/*

