

**Privacy Policy**

Your privacy is absolutely sacred to us. We are 100% committed to protecting your personal information. We will not distribute, rent or sell your personal information or contact information to any third party. For your protection, your credit card information is handled exclusively by our credit card processors, and it is NOT accessible to us AT ANY TIME.

**Copyright**

The content, materials, images, designs and other media (collectively, the "Content") which appear on x-art.com are protected by United States and worldwide copyright laws and may not be reproduced, transmitted, copied, edited, or published in any way whatsoever without the written permission of x-art.com. Unauthorized reproduction, distribution or use of the Content is strictly prohibited. Without exception, copyright violators will be pursued and prosectued to the fullest extent of the law.

**18 U.S.C. 2257 compliance statement**

All models, actors, actresses and other persons who appear in any visual depiction of actual or simulated sexually explicit conduct on x-art.com were 18 (eighteen) years of age or older when said visual depictions were created. Pursuant to Section 2257 of Title 18 of the United States Code, age verification records of all models, performers, actors, actresses and other persons who appear in actual or simulated sexually explicit conduct on this website are kept by the custodian of records:

B. Field
409 W. Olympic Blvd., Suite 501
Los Angeles, CA 90015

**Terms of Use**

1. Age and Legal Right to Access

By subscribing to this website, you warrant that you are at least 18 years of age, that you are familiar with the local and federal laws in your area affecting your legal right to access adult-oriented materials; that you have the legal right to access adult-oriented materials and x-art.com has the legal right to transmit them to you. Furthermore, you warrant that you are accessing adult-oriented materials for your own private enjoyment and that you will not make these materials available to any minor.

2. Personal Use of Content

x-art.com provides the Content of this site to its viewers for their personal and non-commercial use only. Subscribers of the website are hereby granted a single copy license to download one copy of the Content for their personal, private and non-commercial use only. We reserve the right to terminate your rights to Use of Content if you are found to be in violation of our Terms of Use or Copyrights.

3. Password Sharing & Abuse

As a subscriber to this website you are granted a username and password which provides access to Content. Subscribers agree not to share, publish, post to another website or otherwise allow access to their username and/or password to any other individual or party. Shared passwords will be detected and disabled immediately. Password abusers will be reported to our credit card processing companies. Copyright violations will be prosecuted to the fullest extent of the law.

**EXHIBIT C**

Links to this Website

You may only provide a hypertext 'link' to this website if you obtain written permission from x-art.com to do so.