UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                              :
                                                                :   Civil Action No. 2012-2078
            Plaintiff,                                          :
                                                                :   Consolidated from Cases:
        vs.                                                     :   2:12-cv-02078-MMB
                                                                :   2:12-cv-02084-MMB
JOHN DOES 1, 6, 13, 14, and 16,                                 :   5:12-cv-02088-MMB
                                                                :
            Defendants.                                         :
                                                                :
-----------------------------------------------------------------X

### DECLARATION OF COLETTE PELISSIER FIELD

**I, COLETTE PELISSIER FIELD, HEREBY DECLARE:**

1. I am over the age of 18 and am otherwise competent to make this declaration.

2. This declaration is based on my personal knowledge.

3. Prior to this lawsuit, Malibu Media, LLC and John Doe 16 were complete and total strangers.

4. John Doe 16 never requested that Malibu Media create the Works that Malibu Media alleges he infringed (the "Works").

5. Malibu Media did not deliver the Works to John Doe 16.

6. Malibu Media never intended for John Doe 16 to copy and distribute the Works.

**FURTHER DECLARANT SAYETH NAUGHT.**

1

# EXHIBIT D

## DECLARATION

**PURSUANT TO 28 U.S.C. § 1746**, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of May, 2013.

**COLETTE PELISSIER FIELD**

By: *[signature]*