**LIST OF INFRINGED WORKS**

**JOHN DOE 1 –**

Girls Night Out
The Rich Girl Part 2
Tiffany Sex with a Supermodel
Veronika Wet Orgasm


**JOHN DOE 13 –**

Anneli Leila Menage a Trois
Backdoor Lover
Carlie Beautiful Blowjob
Carlie Big Toy Orgasm
Carlie Leila Strawberries and Wine
Daddy's Office
Deep Inside Caprice
Faye Prelude to an Orgy
Fucking Perfection
Girls Night Out
Hayden Pink and Tight
Jennifer Naughty Angel
Just Married
Just the Two of Us
Kat Translucence
Katka Cum Like Crazy
Katka Sweet Surprise
Kristen Girl Next Door
Leila Faye Awesome Threesome
Leila Naked in the Hot Sun
Leila Sex on the Beach
MaryJane Young Love
Megan Morning Bath
Minas Fantasy
Tatiana The Voyeur
The Art of Anal Sex
The Girl in My Shower
The Ultimate Blowjob
Tiffany Sex with a Supermodel
Tiffany Teenagers in Love
Tori The Endless Orgasm
The Girl in My Shower

**EXHIBIT A**

**JOHN DOE 16 –**

Anneli Leila Menage a Trois
Carmen Poolside Striptease
Silvie Eufrat Strip Poker
Tiffany Sex with a Supermodel
Veronika Coming Home

**EXHIBIT A**