| IP | Hash | Filename | Title | Owner | Hit Date UTC |
|---|---|---|---|---|---|
| 174.60.32.79 | 59448198C43090645093E37289900D8EBB4D4D04 | [X-Art] Wet Orgasm - Veronica [1080p] | Veronica Wet Orgasm | Malibu Media | 12/16/2011 14:48:47 |
| 174.60.32.79 | 59448198C43090645093E37289900D8EBB4D4D04 | [X-Art] Wet Orgasm - Veronica [1080p] | Veronica Wet Orgasm | Malibu Media | 12/16/2011 15:00:34 |
| 174.60.32.79 | 59448198C43090645093E37289900D8EBB4D4D04 | [X-Art] Wet Orgasm - Veronica [1080p] | Veronica Wet Orgasm | Malibu Media | 12/16/2011 15:01:05 |
| 174.60.32.79 | 59448198C43090645093E37289900D8EBB4D4D04 | [X-Art] Wet Orgasm - Veronica [1080p] | Veronica Wet Orgasm | Malibu Media | 12/16/2011 15:04:43 |
| 174.60.32.79 | 3B39460ABF5377A5830F532935B590D40086B834 | [X-Art] Girls Night Out [1080p].mov | Girls Night Out | Malibu Media | 12/16/2011 15:19:59 |
| 174.60.32.79 | AF4FEA9577B0B1C6C617B7CD3C048BB0283C2448 | [X-Art] The Rich Girl - Part Two - Abby [1080p].mov | The Rich Girl Part #2 | Malibu Media | 12/22/2011 18:23:01 |
| 174.60.32.79 | AF4FEA9577B0B1C6C617B7CD3C048BB0283C2448 | [X-Art] The Rich Girl - Part Two - Abby [1080p].mov | The Rich Girl Part #2 | Malibu Media | 12/22/2011 18:23:08 |
| 174.60.32.79 | AF4FEA9577B0B1C6C617B7CD3C048BB0283C2448 | [X-Art] The Rich Girl - Part Two - Abby [1080p].mov | The Rich Girl Part #2 | Malibu Media | 12/22/2011 18:24:07 |
| 174.60.32.79 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | [X-Art] Sex with a Supermodel - Tiffany | Tiffany Sex with a Supermodel | Malibu Media | 12/22/2011 18:24:12 |
| 174.60.32.79 | AF4FEA9577B0B1C6C617B7CD3C048BB0283C2448 | [X-Art] The Rich Girl - Part Two - Abby [1080p].mov | The Rich Girl Part #2 | Malibu Media | 12/22/2011 18:24:17 |
| 174.60.32.79 | AF4FEA9577B0B1C6C617B7CD3C048BB0283C2448 | [X-Art] The Rich Girl - Part Two - Abby [1080p].mov | The Rich Girl Part #2 | Malibu Media | 12/22/2011 18:24:37 |
| 174.60.32.79 | AF4FEA9577B0B1C6C617B7CD3C048BB0283C2448 | [X-Art] The Rich Girl - Part Two - Abby [1080p].mov | The Rich Girl Part #2 | Malibu Media | 12/22/2011 18:25:05 |
| 174.60.32.79 | AF4FEA9577B0B1C6C617B7CD3C048BB0283C2448 | [X-Art] The Rich Girl - Part Two - Abby [1080p].mov | The Rich Girl Part #2 | Malibu Media | 12/22/2011 18:25:38 |
| 174.60.32.79 | AF4FEA9577B0B1C6C617B7CD3C048BB0283C2448 | [X-Art] The Rich Girl - Part Two - Abby [1080p].mov | The Rich Girl Part #2 | Malibu Media | 12/22/2011 18:26:07 |
| 174.60.32.79 | AF4FEA9577B0B1C6C617B7CD3C048BB0283C2448 | [X-Art] The Rich Girl - Part Two - Abby [1080p].mov | The Rich Girl Part #2 | Malibu Media | 12/22/2011 18:26:20 |
| 174.60.32.79 | AF4FEA9577B0B1C6C617B7CD3C048BB0283C2448 | [X-Art] The Rich Girl - Part Two - Abby [1080p].mov | The Rich Girl Part #2 | Malibu Media | 12/22/2011 18:26:43 |
| 174.60.32.79 | AF4FEA9577B0B1C6C617B7CD3C048BB0283C2448 | [X-Art] The Rich Girl - Part Two - Abby [1080p].mov | The Rich Girl Part #2 | Malibu Media | 12/22/2011 18:28:13 |
| 174.60.32.79 | AF4FEA9577B0B1C6C617B7CD3C048BB0283C2448 | [X-Art] The Rich Girl - Part Two - Abby [1080p].mov | The Rich Girl Part #2 | Malibu Media | 12/22/2011 18:28:37 |
| 174.60.32.79 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | [X-Art] Sex with a Supermodel - Tiffany | Tiffany Sex with a Supermodel | Malibu Media | 12/22/2011 18:28:51 |

# EXHIBIT B - JOHN DOE 1