| IP | Hash | Filename | Title | Owner | Hit Date UTC |
|---|---|---|---|---|---|
| 76.99.88.237 | 3B39460ABF5377A5830F532935B590D40086B834 | [X-Art] Girls Night Out [1080p].mov | Girls Night Out | Malibu Media | 01/25/2012 13:26:34 |
| 76.99.88.237 | 35813ECED30B923A57A5336F35BE686E3488F409 | X-Art - Menage a Trois - Leila, Anneli [720p].wmv | Anneli Leila Menage A Trois | Malibu Media | 01/25/2012 13:39:24 |
| 76.99.88.237 | 35813ECED30B923A57A5336F35BE686E3488F409 | X-Art - Menage a Trois - Leila, Anneli [720p].wmv | Anneli Leila Menage A Trois | Malibu Media | 01/25/2012 13:42:07 |
| 76.99.88.237 | 3B39460ABF5377A5830F532935B590D40086B834 | [X-Art] Girls Night Out [1080p].mov | Girls Night Out | Malibu Media | 01/25/2012 13:44:59 |
| 76.99.88.237 | 35813ECED30B923A57A5336F35BE686E3488F409 | X-Art - Menage a Trois - Leila, Anneli [720p].wmv | Anneli Leila Menage A Trois | Malibu Media | 01/25/2012 13:46:40 |
| 76.99.88.237 | 35813ECED30B923A57A5336F35BE686E3488F409 | X-Art - Menage a Trois - Leila, Anneli [720p].wmv | Anneli Leila Menage A Trois | Malibu Media | 01/25/2012 13:46:42 |
| 76.99.88.237 | 3B39460ABF5377A5830F532935B590D40086B834 | [X-Art] Girls Night Out [1080p].mov | Girls Night Out | Malibu Media | 01/25/2012 14:14:41 |
| 76.99.88.237 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | [X-Art] Sex with a Supermodel - Tiffany | Tiffany Sex with a Supermodel | Malibu Media | 02/29/2012 14:48:51 |
| 76.99.88.237 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | [X-Art] Sex with a Supermodel - Tiffany | Tiffany Sex with a Supermodel | Malibu Media | 02/29/2012 14:53:24 |
| 76.99.88.237 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | [X-Art] Sex with a Supermodel - Tiffany | Tiffany Sex with a Supermodel | Malibu Media | 02/29/2012 15:22:08 |
| 76.99.88.237 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | [X-Art] Sex with a Supermodel - Tiffany | Tiffany Sex with a Supermodel | Malibu Media | 02/29/2012 15:22:26 |
| 76.99.88.237 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | [X-Art] Sex with a Supermodel - Tiffany | Tiffany Sex with a Supermodel | Malibu Media | 03/01/2012 23:39:39 |
| 76.99.88.237 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | [X-Art] Sex with a Supermodel - Tiffany | Tiffany Sex with a Supermodel | Malibu Media | 03/01/2012 23:39:42 |
| 76.99.88.237 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | [X-Art] Sex with a Supermodel - Tiffany | Tiffany Sex with a Supermodel | Malibu Media | 03/01/2012 23:39:43 |
| 76.99.88.237 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | [X-Art] Sex with a Supermodel - Tiffany | Tiffany Sex with a Supermodel | Malibu Media | 03/01/2012 23:40:33 |
| 76.99.88.237 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | [X-Art] Sex with a Supermodel - Tiffany | Tiffany Sex with a Supermodel | Malibu Media | 03/01/2012 23:40:56 |
| 76.99.88.237 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | [X-Art] Sex with a Supermodel - Tiffany | Tiffany Sex with a Supermodel | Malibu Media | 03/01/2012 23:41:00 |
| 76.99.88.237 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | [X-Art] Sex with a Supermodel - Tiffany | Tiffany Sex with a Supermodel | Malibu Media | 03/01/2012 23:41:59 |
| 76.99.88.237 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | [X-Art] Sex with a Supermodel - Tiffany | Tiffany Sex with a Supermodel | Malibu Media | 03/01/2012 23:43:07 |
| 76.99.88.237 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | [X-Art] Sex with a Supermodel - Tiffany | Tiffany Sex with a Supermodel | Malibu Media | 03/01/2012 23:43:14 |
| 76.99.88.237 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | [X-Art] Sex with a Supermodel - Tiffany | Tiffany Sex with a Supermodel | Malibu Media | 03/01/2012 23:43:58 |
| 76.99.88.237 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | [X-Art] Sex with a Supermodel - Tiffany | Tiffany Sex with a Supermodel | Malibu Media | 03/01/2012 23:44:48 |
| 76.99.88.237 | 7395ED522A5A829F8F9CBB1D9268AE4A3E81459E | XArt_Caprice.wmv | Fucking Perfection | Malibu Media | 04/05/2012 12:16:58 |
| 76.99.88.237 | 7395ED522A5A829F8F9CBB1D9268AE4A3E81459E | XArt_Caprice.wmv | Fucking Perfection | Malibu Media | 04/05/2012 12:17:00 |
| 76.99.88.237 | 7395ED522A5A829F8F9CBB1D9268AE4A3E81459E | XArt_Caprice.wmv | Fucking Perfection | Malibu Media | 04/05/2012 12:17:03 |
| 76.99.88.237 | 7395ED522A5A829F8F9CBB1D9268AE4A3E81459E | XArt_Caprice.wmv | Fucking Perfection | Malibu Media | 04/05/2012 12:17:05 |
| 76.99.88.237 | 7395ED522A5A829F8F9CBB1D9268AE4A3E81459E | XArt_Caprice.wmv | Fucking Perfection | Malibu Media | 04/05/2012 12:17:06 |
| 76.99.88.237 | 7395ED522A5A829F8F9CBB1D9268AE4A3E81459E | XArt_Caprice.wmv | Fucking Perfection | Malibu Media | 04/05/2012 12:17:58 |
| 76.99.88.237 | 7395ED522A5A829F8F9CBB1D9268AE4A3E81459E | XArt_Caprice.wmv | Fucking Perfection | Malibu Media | 04/05/2012 12:18:37 |
| 76.99.88.237 | 7395ED522A5A829F8F9CBB1D9268AE4A3E81459E | XArt_Caprice.wmv | Fucking Perfection | Malibu Media | 04/05/2012 12:20:26 |
| 76.99.88.237 | 7395ED522A5A829F8F9CBB1D9268AE4A3E81459E | XArt_Caprice.wmv | Fucking Perfection | Malibu Media | 04/05/2012 12:22:22 |
| 76.99.88.237 | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | X-Art.(57.clips) | X-Art Siterip #1 | Malibu Media | 04/05/2012 12:47:05 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/05/2012 23:17:38 |
| 76.99.88.237 | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | X-Art.(57.clips) | X-Art Siterip #1 | Malibu Media | 04/06/2012 02:47:46 |
| 76.99.88.237 | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | X-Art.(57.clips) | X-Art Siterip #1 | Malibu Media | 04/06/2012 09:21:32 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/06/2012 09:29:43 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/06/2012 14:57:39 |
| 76.99.88.237 | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | X-Art.(57.clips) | X-Art Siterip #1 | Malibu Media | 04/06/2012 16:38:34 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/06/2012 17:16:55 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/06/2012 18:52:26 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/06/2012 18:59:41 |
| 76.99.88.237 | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | X-Art.(57.clips) | X-Art Siterip #1 | Malibu Media | 04/06/2012 19:15:52 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/06/2012 19:38:23 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/06/2012 19:47:52 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/06/2012 20:45:55 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/06/2012 21:49:12 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/06/2012 22:09:20 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/06/2012 22:29:12 |

**EXHIBIT C - JOHN DOE 13**

| IP | Hash | File | Title | Publisher | Hit Date UTC |
|---|---|---|---|---|---|
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/06/2012 23:20:06 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/06/2012 23:40:04 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/06/2012 23:44:43 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/06/2012 23:56:05 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/06/2012 23:58:28 |
| 76.99.88.237 | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | X-Art.(57.clips) | X-Art Siterip #1 | Malibu Media | 04/07/2012 01:01:50 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/07/2012 01:56:47 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/07/2012 04:06:07 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/07/2012 07:21:35 |
| 76.99.88.237 | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | X-Art.(57.clips) | X-Art Siterip #1 | Malibu Media | 04/07/2012 08:46:53 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/07/2012 10:15:11 |
| 76.99.88.237 | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | X-Art.(57.clips) | X-Art Siterip #1 | Malibu Media | 04/07/2012 10:28:35 |
| 76.99.88.237 | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | X-Art.(57.clips) | X-Art Siterip #1 | Malibu Media | 04/07/2012 11:15:14 |
| 76.99.88.237 | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | X-Art.(57.clips) | X-Art Siterip #1 | Malibu Media | 04/07/2012 12:18:23 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/07/2012 13:32:04 |
| 76.99.88.237 | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | X-Art.(57.clips) | X-Art Siterip #1 | Malibu Media | 04/07/2012 13:43:54 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/07/2012 14:26:21 |
| 76.99.88.237 | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | X-Art.(57.clips) | X-Art Siterip #1 | Malibu Media | 04/07/2012 16:48:21 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/07/2012 17:34:08 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/07/2012 18:11:13 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/07/2012 20:33:50 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/07/2012 21:20:01 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/07/2012 21:38:24 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/07/2012 23:09:57 |
| 76.99.88.237 | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | X-Art.(57.clips) | X-Art Siterip #1 | Malibu Media | 04/08/2012 00:01:46 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/08/2012 02:33:02 |
| 76.99.88.237 | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | X-Art.(57.clips) | X-Art Siterip #1 | Malibu Media | 04/08/2012 03:19:09 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/08/2012 03:57:19 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/08/2012 05:28:00 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/08/2012 06:08:06 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/08/2012 08:08:08 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/08/2012 08:27:17 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/08/2012 12:06:00 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/08/2012 12:35:21 |
| 76.99.88.237 | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | X-Art.(57.clips) | X-Art Siterip #1 | Malibu Media | 04/08/2012 14:20:16 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/08/2012 15:54:15 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/09/2012 00:36:17 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/09/2012 00:49:10 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/09/2012 01:32:51 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/09/2012 02:08:39 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/09/2012 02:14:40 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/09/2012 03:11:53 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/09/2012 03:35:51 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/09/2012 03:56:12 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/09/2012 04:51:52 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/09/2012 10:17:22 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/09/2012 11:18:16 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/09/2012 19:20:13 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/09/2012 19:54:12 |

**EXHIBIT C - JOHN DOE 13**

| IP | Hash | File | Title | Plaintiff | Date |
|---|---|---|---|---|---|
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/09/2012 21:05:20 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/09/2012 21:12:29 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/09/2012 22:03:28 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/09/2012 23:21:13 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/10/2012 00:00:35 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/10/2012 05:40:11 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/10/2012 05:40:55 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/10/2012 05:40:57 |
| 76.99.88.237 | BE309EAAEA62390FF5E35F4B018E7D1C89C51A30 | bigwai@18P2P_X-ART | X-Art Siterip #14 | Malibu Media | 04/10/2012 05:44:24 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/10/2012 08:00:08 |
| 76.99.88.237 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art - COMPLETE SiTERiP - August 20 2011 - 720p Vid | X-Art Siterip #2 | Malibu Media | 04/10/2012 08:31:26 |

**EXHIBIT C - JOHN DOE 13**