| IP | Hash | Filename | Title | Owner | Hit Date UTC |
|---|---|---|---|---|---|
| 96.245.250.242 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | [X-Art] Sex with a Supermodel - Tiffany | Tiffany Sex with a Supermodel | Malibu Media | 02/14/2012 00:38:58 |
| 96.245.250.242 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | [X-Art] Sex with a Supermodel - Tiffany | Tiffany Sex with a Supermodel | Malibu Media | 02/14/2012 00:39:28 |
| 96.245.250.242 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | [X-Art] Sex with a Supermodel - Tiffany | Tiffany Sex with a Supermodel | Malibu Media | 02/14/2012 00:47:55 |
| 96.245.250.242 | 6E7831EEBC75426A771D9777658D7E078B943D14 | X-Art - Poolside Striptease - Carmen [720p].wmv | Carmen Poolside Striptease | Malibu Media | 02/14/2012 01:29:49 |
| 96.245.250.242 | 6E7831EEBC75426A771D9777658D7E078B943D14 | X-Art - Poolside Striptease - Carmen [720p].wmv | Carmen Poolside Striptease | Malibu Media | 02/14/2012 01:31:18 |
| 96.245.250.242 | C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | X-Art - Menage a Trois - Leila, Anneli [1080p].mov | Anneli Leila Menage A Trois | Malibu Media | 02/14/2012 01:31:28 |
| 96.245.250.242 | 6E7831EEBC75426A771D9777658D7E078B943D14 | X-Art - Poolside Striptease - Carmen [720p].wmv | Carmen Poolside Striptease | Malibu Media | 02/14/2012 01:31:48 |
| 96.245.250.242 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | [X-Art] Sex with a Supermodel - Tiffany | Tiffany Sex with a Supermodel | Malibu Media | 02/14/2012 01:32:46 |
| 96.245.250.242 | 6E7831EEBC75426A771D9777658D7E078B943D14 | X-Art - Poolside Striptease - Carmen [720p].wmv | Carmen Poolside Striptease | Malibu Media | 02/14/2012 01:33:59 |
| 96.245.250.242 | 6E7831EEBC75426A771D9777658D7E078B943D14 | X-Art - Poolside Striptease - Carmen [720p].wmv | Carmen Poolside Striptease | Malibu Media | 02/14/2012 01:36:29 |
| 96.245.250.242 | 6E7831EEBC75426A771D9777658D7E078B943D14 | X-Art - Poolside Striptease - Carmen [720p].wmv | Carmen Poolside Striptease | Malibu Media | 02/18/2012 14:21:50 |
| 96.245.250.242 | 6E7831EEBC75426A771D9777658D7E078B943D14 | X-Art - Poolside Striptease - Carmen [720p].wmv | Carmen Poolside Striptease | Malibu Media | 02/18/2012 14:22:20 |
| 96.245.250.242 | 6E7831EEBC75426A771D9777658D7E078B943D14 | X-Art - Poolside Striptease - Carmen [720p].wmv | Carmen Poolside Striptease | Malibu Media | 02/18/2012 14:26:16 |
| 96.245.250.242 | C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | X-Art - Menage a Trois - Leila, Anneli [1080p].mov | Anneli Leila Menage A Trois | Malibu Media | 02/19/2012 05:52:17 |
| 96.245.250.242 | C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | X-Art - Menage a Trois - Leila, Anneli [1080p].mov | Anneli Leila Menage A Trois | Malibu Media | 02/19/2012 05:52:27 |
| 96.245.250.242 | C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | X-Art - Menage a Trois - Leila, Anneli [1080p].mov | Anneli Leila Menage A Trois | Malibu Media | 02/19/2012 05:53:47 |
| 96.245.250.242 | C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | X-Art - Menage a Trois - Leila, Anneli [1080p].mov | Anneli Leila Menage A Trois | Malibu Media | 02/19/2012 05:54:05 |
| 96.245.250.242 | C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | X-Art - Menage a Trois - Leila, Anneli [1080p].mov | Anneli Leila Menage A Trois | Malibu Media | 02/19/2012 05:54:15 |
| 96.245.250.242 | C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | X-Art - Menage a Trois - Leila, Anneli [1080p].mov | Anneli Leila Menage A Trois | Malibu Media | 02/19/2012 05:54:16 |
| 96.245.250.242 | 4F3FF9E3442937E1306B25BC152C61BE6AFF6EDA | X-Art - Coming Home - Veronika [1080p].mov | Veronika Coming Home | Malibu Media | 02/19/2012 06:02:33 |
| 96.245.250.242 | 4F3FF9E3442937E1306B25BC152C61BE6AFF6EDA | X-Art - Coming Home - Veronika [1080p].mov | Veronika Coming Home | Malibu Media | 02/19/2012 06:03:24 |
| 96.245.250.242 | 38B29045632EB116F6BD4FFAA96ED0E62F9A9BE4 | X-Art - Strip Poker Eufrat, Silvie [1080p].wmv | Silvie Eufrat Strip Poker | Malibu Media | 02/19/2012 06:23:41 |

# EXHIBIT D - JOHN DOE 16