# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MALIBU MEDIA, LLC,               :
              Plaintiff    :
    vs.                      :       NO.: 2:12-CV-02078-MMB
                               :
JOHN DOES 1, 13, 14 AND 16       :
              Defendant    :

### DEFENDANT, JOHN DOE 16'S REPLY TO PLAINITFF'S NOTICE COMPLYING WITH THIS COURT'S ORDER DATED MAY 8, 2013 [CM/ECF 134]

This acknowledges receipt of Plaintiff's Notice Complying with this Court's Order dated May 8, 2013. In a tradition of filing late Motions requesting relief including those recently after office hours.

On late Friday afternoon, after counsel had left his office, Plaintiff's counsel continues to supplement what is an obvious pattern of attempting to not only wear down Defendant's counsel, but to file documents which are obviously without merit in order to delay the Trial of this Bellwether Case.

Plaintiff's counsel, from day one, has advised this Court that it would need additional time within which to litigate this matter, hoping for a trial date no sooner than September 2013. In another frivolous filing in order to add to prior late filings requesting enlargements of time in order to delay the litigation of this matter, Plaintiff's counsel has not only threatened Defendant, John Doe 16 for alleged fraud but seeks obviously (a) to delay the trial of this matter and (b) intimidate Defendant, John Doe 16 into settling. See **Exhibit "A"**, email message from Plaintiff's Counsel.

In support of same, Plaintiff's counsel recently filed an after hours online Motion for Summary Judgment well after counsel had left his office.  See **Exhibit "B"**, Notice of filing from the Court.

Plaintiff's counsel as indicated on late Friday afternoon, May 17, 2013, did contact Defendant's counsel through a subordinate, but was advised to contact him an hour later since I was busy on the phone and conducting other activities at that time.  Defense counsel never received any follow-up telephone call.

Plaintiff's counsel recently did have the time to ask for another in a long list of Enlargements of Time in order to file Jury Instructions, of which the Court immediately granted.

Putting aside Plaintiff's counsel's tactics, the Defendant's counsel followed through on a timely basis and shipped the first copy of the hard drive to Plaintiff's counsel on December 27, 2012, with an scheduled delivery date of December 28, 2013, which Plaintiff's counsel indicated he received during the early part of January 2013.   See **Exhibit "C"**, FedEx Express Receipt. No complaint was made about the readability until after the date within which Plaintiff's Expert Report was initially due .

After this Honorable Court entered Sanctions against Plaintiff's Counsel, the Court allowed an extension until May 17, 2013, to file any additional report of the examination of the hard drives, if applicable.  Defendant, John Doe has no expert nor has he retained an expert and continues to sincerely express his lack of culpability, therefore, there is no applicable report to be submitted.  On the other hand, Defendant, John Doe 16 on his laptop computer in my office, on Friday, May 17, 2013, demonstrated to me that not only was he able to open it, but was able to read the hard drive to the extent that his limited knowledge allows.

Since Plaintiff's counsel sent mixed messages on page 1 of this Notice, regarding the readability of the hard drive on their Notice of Compliance, it is unequivocally obvious that there is an issue regarding same and in accordance with the previously indicated Court Order dated May 8, 2013, Page 5 ¶4, an evidentiary hearing is not only needed and required, but urgently necessary in order to address all matters regarding same, in light of Plaintiff counsel's blustery, threatening and chilling Motion for Sanctions against Defendant, John Doe 16 for alleged fraud, which he has indicated will be filed immediately.

Respectfully submitted,

RONALD A. SMITH, ESQUIRE
RonaldASmithEsq@aol.com
1617 John F. Kennedy Boulevard
Suite 355
Philadelphia, PA  19103
(215) 567-1200
Facsimile:  (215) 557-2439

## CERTIFICATE OF SERVICE

I, RONALD A. SMITH, ESQUIRE, hereby certify that on this 20th day of May, 2013, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF and all parties have received or will receive notification via the Court's CM/ECF electronic filing.

BY: 

RONALD A. SMITH, ESQUIRE

## Ronald A Smith Esquire

**From:**    "Keith Lipscomb" <KLipscomb@LEBFIRM.COM>
**To:**      "Crystal Sebastian" <CSebastian@LEBFIRM.COM>; <RonaldASmithEsq@aol.com>
**Cc:**      "copyright" <copyright@LEBFIRM.COM>; <cfiore@fiorebarber.com>
**Sent:**    Friday, May 17, 2013 4:12 PM
**Subject:** Re: Bellwether - Malibu Media, LLC v. Does 1, 6, 13, 14, 16

Ronald,

Following up on the message which my assistant just left, please call me to discuss the hearing which is tentatively scheduled for May 22, 2013. As you may be aware from the declaration filed today, your client fabricated evidence in pursuit of a fraud and in violation of a court order to provide discovery. This is a demonstrable fact.

Respectfully, it is time for Mr. White to come clean. Further efforts at perpetuating this fraud, and further perjured testimony will likely be met with severe sanctions by the judge. As a criminal defense lawyer, you probably know much better than me the penalties for perjury and fraud upon the court.

My number is 305.298.1750. I look forward to your call.


Best regards,
Keith

---

**From:** Crystal Sebastian
**Sent:** Thursday, May 16, 2013 10:11 AM
**To:** Ronald A Smith Esquire <RonaldASmithEsq@aol.com>
**Cc:** copyright; Chris Fiore <cfiore@fiorebarber.com>
**Subject:** Bellwether - Malibu Media, LLC v. Does 1, 6, 13, 14, 16

Mr. Smith,

I hope all is well.
We will be moving for an enlargement of time, up to and including Monday, May 20, 2013, to submit Plaintiff's proposed jury instructions.  Kindly advise by 3:00 PM today if you oppose same.

Thank you,

## LIPSCOMB,
## EISENBERG &
## BAKER, PL

**Crystal Sebastian**
Paralegal
Lipscomb, Eisenberg & Baker, PL
One Biscayne Tower
2 South Biscayne Boulevard
Suite 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229


EXHIBIT
A

Email: CSebastian@LEBFIRM.com

This transmission is intended to be delivered only to the named addressee(s) and may contain information which is confidential, proprietary, attorney work-product or attorney-client privileged. If this transmission is received by anyone other than the intended recipient(s), the recipient(s) should immediately notify the sender by reply and then delete the transmission. In no event shall this transmission be read, used, copied, reproduced, stored or retained by anyone other than the intended recipient(s) except with the express written consent of the sender. Disclaimer regarding Uniform Electronic Transactions Act ("UETA") § 668.50, Fla. Stat.: If this transmission concerns negotiation of a contract or agreement, whether UETA applies or not, contract formation in this matter shall occur only with manually-affixed original signatures on original documents. Thank you.

Este mensaje incluido los documentos adjuntos, está destinado a la(s) persona(s) o compañía(s) indicadas y puede contener información confidencial y/o legalmente privilegiada.  Se prohibe la publicación, reproducción o divulgación de esta información. Si usted no es el destinatario de este correo, por favor notifique respondiendo a este mensaje y proceda a borrarlo.  Gracias.

🖶 **Please consider the environment before printing this e-mail. / Por favor considere el medio ambiente antes de imprimir este email.**

**Ronald A Smith Esquire**

| | |
|---|---|
| **From:** | <ecf_paed@paed.uscourts.gov> |
| **To:** | <paedmail@paed.uscourts.gov> |
| **Sent:** | Wednesday, May 15, 2013 6:41 PM |
| **Subject:** | Activity in Case 2:12-cv-02078-MMB MALIBU MEDIA, LLC v. JOHN DOES 1,6,13,14 AND 16 Motion for Summary Judgment |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**Eastern District of Pennsylvania**

**Notice of Electronic Filing**

The following transaction was entered by LIPSCOMB, MICHAEL on 5/15/2013 at 6:41 PM EDT and filed on 5/15/2013

| | |
|---|---|
| **Case Name:** | MALIBU MEDIA, LLC v. JOHN DOES 1,6,13,14 AND 16 |
| **Case Number:** | 2:12-cv-02078-MMB |
| **Filer:** | MALIBU MEDIA, LLC |
| **Document Number:** | 136 |

**Docket Text:**
**MOTION for Summary Judgment *as to John Doe 16's Counterclaim and Affirmative Defenses* filed by MALIBU MEDIA, LLC.. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Exhibit D)(LIPSCOMB, MICHAEL)**


**2:12-cv-02078-MMB Notice has been electronically mailed to:**

A. JORDAN RUSHIE    jordan@fishtownlaw.com, lawyers@fishtownlaw.com, leo@fishtownlaw.com

CHRISTOPHER P. FIORE    cfiore@fiorebarber.com

COREY M. OSBORN    cosborn@tlgattorneys.com, dcrane@tlgattorneys.com, lmakasi@tlgattorneys.com

JOHN D. SEIVER    johnseiver@dwt.com

LEONARD J. FRENCH    ljfrench@leonardjfrench.com

MICHAEL KEITH LIPSCOMB    klipscomb@lebfirm.com



RONALD A. SMITH    ronaldasmithesq@aol.com

**2:12-cv-02078-MMB Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=5/15/2013] [FileNumber=11651496-0] [a5c5e5d3411db39b090320a3c4c016c3c907f77b8370bcb28c8645c83ff67d0665 b6e63140d96f9508ddca2b46d26dd6fdefe30bd433562ad4351df59d17e3b8]]
**Document description:**Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=5/15/2013] [FileNumber=11651496-1] [944b2b2302c8c450e3871ec27db91717f38b81948bfc421d94ad885c8516749114 735d75d786eb1275e19c3379613e776781d34269235636ef41751dc5604fcc]]
**Document description:**Exhibit B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=5/15/2013] [FileNumber=11651496-2] [95ab3f1494535436182f51299197ef13bb3068adc915ca2c9e892d48b9cb603137 f65f0c794135c3aeb0b3f33e046f838512890f462b382e6f23541b6a23ec96]]
**Document description:**Exhibit C
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=5/15/2013] [FileNumber=11651496-3] [76fb110e894e8206b79936a172e624c264a9fca26e5b9dac04bf7e61fd77369e70 609215028c159213e3712038e1bc8514c7b22f4da8acd904efd0520a489200]]
**Document description:**Exhibit D
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=5/15/2013] [FileNumber=11651496-4] [4b94ed9043e6a9aba0ce7be97a17b34f9084e848f6dcc8ade4e2c73d42bad40438 de1b21991721093028ce2d485c5041761924c7b675daa60f9fa91cc82ad8b9]]

5/20/2013



**FedEx Office.**

1500 MARKET ST
PHILADELPHIA, PA 19102

Location:         PSQKK
Device ID:        PSQKK-POS2
Employee:         2025985
Transaction:      78071947513

STANDARD OVERNIGHT
800712686316      4.50 lb (S)          34.80
      Total Declared Value    200

Sche...     ivery Date 12/28/2012
STANDA...   RIGHT
8007126...  0      1.15 lb (S)          48.63

Scheduled Delivery Date 12/28/2012
Standard- Small, 11x11x11
790363010609          1  (T)            6.99

Shipment subtotal:                      83.43
Merchandise taxable subtotal:            6.99
    Tax(PA) 6.000%                       0.42
    Tax(City) 2.000%                     0.14

             Total Due:                 90.98

             FedEx Account:             90.98
                 *****2208

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges, See FedEx Service Guide
at fedex.com for details. All merchandise sales final.
FedEx disclaims all warranties, express or implied,
including, without limitation, the implied warranties of
merchantability and fitness for a particular purpose.
This packaging is sold 'as is' 'with all faults.' By
paying for and accepting this packaging, you agree to
release and hold FedEx harmless for any claims, suits,
disputes or causes of action relating to this pack...
as well as any related in...
damages incurred by you o...

**EXHIBIT C**

Visit us