**Curriculum Vitae**
# Patrick L. Paige
1880 N. Congress Ave Suite 333
Boynton Beach, FL 33426
Main: 561.404.3074  Direct: 561.818.9208
Patrick@computerforensicsllc.com
http://www.ComputerForensicsLLC.com



## Summary of Experience

Patrick brings more than 25 years of law enforcement investigation experience, including more than 10 years as a computer crimes detective.  He has performed computer forensic examinations for the FBI, U.S. Customs, FDLE, Secret Service, ATF, and was a member of the South Florida ICAC taskforce for 10 years.  In 2009 he was assigned to supervise the law enforcement operations for the Palm Beach County Sexual Predator Enforcement (SPE) at the located in Boca Raton FL.  Patrick has extensive knowledge of undercover online investigations including online enticement and Peer-to-Peer networks.  He has been involved with hundreds of cases and has testified in State, Federal, Appellate, and Military courts as a computer expert including testifying as an expert in the functionality of Encase® at a murder trial.  Patrick has many forensic certifications including EnCE, and SCERS, additionally he is an EnCase® certified instructor and has taught many forensic analysts around the country.  Patrick has earned many awards including Detective of the Month, U.S. Customs Service Unit Commendation Citation Award for computer forensic work, and has twice earned the Outstanding Law Enforcement Officer of the Year citation awarded by the United States Justice Department.

## Computer Expert Witness Experience

During my tenure as a law enforcement officer, I have been called to testify as an expert on numerous occasions in the field of computer forensics in Federal Courts in FL, CA, NJ, and NY, Appellate Courts, State Courts, and Military courts.  The following is a list of some of the cases I have testified.

**United States Court of Appeals, Eleventh Circuit. No. 02-16809**
**United States of America, Plaintiff-Appellee, v. Samuel Alan MORTON, Defendant-Appellant**. - April 01, 2004

**Testimony**: The government next called Patrick Paige, a detective with the Palm Beach County Sheriff's Office. Paige testified that he created a forensics report regarding the material on Morton's computer hard drive. Included in the report were downloaded movies that contained teen sex and a minor female and adult male engaged in sexual conduct. Paige also testified that he found approximately 30 images of minors. On re-direct Paige testified that Morton had approximately 50-100 images in his AOL account.

**United States v.  Kenneth WILK, U.S. District Court Southern District of Florida, Broward, Case No. 0:04-cr-60216-JIC** – 2007.
 Capitol Punishment Trail for Murder
**Court**: Testimony surrounding the intricate workings of Guidance's software EnCase®.  EnCase is one of the top forensics softwares utilized by forensics analysts throughout the world.


**United States Court of Appeals, Ninth Circuit. No. 07-10288.**
**United States of America, Plaintiff-Appellee, v. Walter M. SCHALES, Defendant-Appellant.** - Argued April 15, 2008. -- October 20, 2008
**Testimony**: Detective Paige of the Palm Beach County Sheriff's Office also testified that he recognized images on the CD-ROM depicting a child and an adult male that he arrested. The minor female depicted was five years old at the time of the photograph.

## *Work Experience*

**Computer Forensics LLC**                                                                                               *(2012 - Present)*

I'm currently a managing partner of this newly formed computer forensic company. The company is committed to providing top quality service and knowledge in the E-Discovery, Computer Forensics fields.

**Guidance Software (Creators of EnCase® Software)**                                                 *9 Years (2003 - 2012)*

During the years listed was employed as an Instructor with Guidance Software. Guidance Software is the world leader in providing computer and enterprise investigation solutions. Founded in 1997 and headquartered in Pasadena, CA, Guidance Software Inc., has offices and training facilities in California, Virginia, Texas and the United Kingdom. My duties as Instructor were to instruct students in the use of computer forensic software EnCase® made by Guidance Software. I also instruct students in other aspects of computer forensics like identifying and collecting computer evidence, how computers work, storage of electronic data and how files are deleted to name a few. Students who have attended classes I've taught include all branches of the military, local, state and federal officers. I have also assisted in the collection of data in the field for the Professional Division of Guidance Software who was contracted by the Department of Justice in the Sprint/Nextel merger in 2005.

**Palm Beach County Sheriff's Office**                                                                 *21+ Years Employed (Ex: 1989 - 2011)*

**Detective Computer Crimes Unit (2000 - 2011)**

2000 to present, I've been assigned to the Computer Crimes Unit. During my current assignment to the Computer Crimes Unit I've investigated numerous Internet and computer related crimes. I've conducted many undercover online investigations resulting in the arrests of individuals around the United States. I have been involved in numerous search warrants involving online and child pornography investigations. I conduct computer forensic examinations for the Palm Beach County Sheriff's Office as well as local Law Enforcement. I've also done computer forensic examinations for the Broward County Sheriff's Office, FBI, U.S. Customs, FDLE, Secret Service, ATF and local cities. I have been a member of the South Florida ICAC (Internet Crimes Against Children) taskforce since January 2001. As the Senior Computer Forensic Examiner for the Sheriff's Office I was assigned to train new computer forensic examiners assigned to the unit. I served as point of contact for 2 known series of child pornography maintained by NCMEC (National Center for Missing and Exploited Children).

In 2009 I was assigned to supervise the law enforcement operations for the Palm Beach County Sexual Predator Enforcement (SPE) located in Boca Raton FL with offices provided by the TLO Corp. The TLO facility housed the computer servers used by law enforcement around the word to conduct P2P (Peer to peer) investigations. My assignments were as follows:

- Supervise the Detectives assigned to the unit which was consisted of 6 Online Investigators and 2 Computer Forensic Examiners.
- Conduct computer forensic analysis on computers seized by the unit and testify to the findings.
- Coordinate and supervise the execution of search warrants developed by Detectives assigned to the unit. Detectives assigned to the unit conducted undercover Online investigations and peer to peer investigation via commonly used file sharing programs like LimeWire, GigaTribe, eMule to name a few.
- Worked with TLO software engineers on developing and enhancing software tools used by law enforcement officers.
- Prepared weekly reports of statistics and arrests made by the unit which were distributed the local Chiefs of Police.
- Order and maintain computer forensic equipment, computers and software.
- Responsible for maintaining and tracking of all computer evidence seized for examination.

**Detective Fraud Unit (1999)**

This unit conducts investigations of criminal conduct in violation of Florida Laws concerning property crimes, fraud, forgery, and computer crimes. While I was assigned to this unit I was tasked with investigating cases connected with the Internet.

*Agent Organized Crime Unit (1997 - 1999)*

I was assigned to the Tactical Unit of the Palm Beach Sheriff's Office for two (2) years. During my assignment, I assisted in long term investigations, surveillances, dignitary protection and was assigned to aid the FBI, DEA, ATF and local law enforcement in investigations. I was also assigned to aid the Secret Service in the protection of heads of state, Vice President and President of the United States when they entered Palm Beach County.

*Road Patrol Officer (1989 - 1997)*

While assigned to the Road Patrol Division of the Palm Beach County Sheriff's Office, I developed a practical working knowledge of conducting investigations, evidence handling, and search and seizure laws. I also served as a FTO (Field Training Officer) for 3 years and was responsible for training over 35 new deputies hired by the Sheriff's Office.

*Delray Beach Police Department*                                    *3 Years Employed (Ex: 1986 - 1989)*

While assigned to the Delray Beach Police Department I mainly worked in the road patrol division. I also served as a FTO (Field Training Officer) for a year.

*Proficient in many pieces of the following software and equipment including but not limited to:*

Guidance Software's EnCase versions 3,4,5 and 6 – www.guidancesoftware.com
Digital Detective's NetAnalysis software – www.digital-detective.co.uk
Computers and write-blockers made by Digital Intelligence & Tableau – www.digitalintelligence.com
Hot Pepper Technology's Email Detective software – www.hotpepperinc.com
Fernico DVD robot and forensic software – www.fernico.com
Cellebrite UFED Touch Ultimate – www.Cellebrite.com

*ADVANCED LAW ENFORCEMENT & COMPUTER FORENSICS TRAINING*

1. Seized Computer Evidence Recovery Specialist (SCERS) Federal Law Enforcement training Center in Glynco, GA 80HRS (2/2001)
2. Investigations of Computer Crimes (The International Association of Chiefs of Police) 40HRS
3. EnCase® Intermediate Analysis & Reporting course (Guidance Software Inc.) 32HRS
4. EnCase® Expert Series Internet & E-mail Examination course (Guidance Software Inc.) 32HRS
5. Conducting Online ICAC Investigations (Law Enforcement Against Child Harm Taskforce) 40HRS
6. Investigating Computer Use of the Internet by Child Sex Offenders (Institute of Child Advocacy)
7. Advanced Sex Crimes Investigations course (Palm Beach Community College) 40HRS
8. Organized Crimes Investigations course (Palm Beach Community College) 40HRS
9. Field Training Officer course (Palm Beach Community College) 40HRS
10. Advance Narcotics Identification (Palm Beach Community College) 40HRS
11. Dignitary Protection Operations (Tactical Response Training) 32HRS
12. Forensic Computer Examiner Training Program (International Association of Computer Investigation Specialists - IACIS) 80HRS (5/2004)
13. 17th Annual Crimes Against Children Conference (Dallas, TX) 20HRS August 15-18, 2005
(Conference courses attended: Forensics on Portable Devices, AOL & Yahoo investigations, Email Tracing and Techniques for Investigating Wireless Devices.
14. 18th Annual Crimes Against Children Conference (Dallas, TX) 20HRS August 21-24, 2006
(Conference courses attended: Email and IP Tracing, Windows XP Forensic Gems, Digital Imaging Forensics and Investigating Wireless Devices.
15. CEIC 2012 (Computer and Enterprise Investigations Conference) 4 days (Summerlin, Nevada) May 21-24 2012
(Conference courses attended: EnCase® version 7 training updates, Using cloud computing in forensics and electronic discovery, Embedded EnScripts®, Forensic tracking of USB devices, TD2, TD3 and the future of the forensic duplicator, exFat forensics and revealing Windows® 7 artifacts.

*AWARDS*

*Delray Beach Police Department*

3 – Patrol Division Commendations.
1987 – Rookie of the year.
1988 – Police officer of the month for March and August.

*Palm Beach County Sheriff's Office*

1991 – Deputy of the year awarded by the 100 Men's Club of Boca Raton & Rotary Club.
1997 – Deputy of the Month for June.
2001 – Detective of the Month for October.
2002 – Outstanding Law Enforcement Officer of the Year awarded by the United States Justice Department for work in the U.S. v Jerrold Levy case. News Articles
2003 – U.S. Customs Service Unit Commendation Citation Award for computer forensic work in Operation Hamlet.  Operation Hamlet was one of the largest rings in U.S. Customs history of individuals who were molesting their own children, and transmitting the images and video via the Internet. News Articles
2005 – Detective of Month for December.
2007 – Outstanding Law Enforcement Officer of the Year awarded by the United States Justice Department for work in the U.S. v Jimmy Oliver case. Press Release
2008 – Letter of Commendation issued by the FBI for outstanding computer forensic work in the U.S. v Frank Grasso case. News Article

*CERTIFICATIONS*

EnCE – EnCase® Certified Examiner
Member of IACIS – International Association of Computer Investigative Specialists
CEECS – Certified Electronic Evidence Collection Specialist – IACIS
SCERS – Seized Computer Evidence Recovery Specialist – FLETC (Federal Law Enforcement Training Center in GA)
CFCE – Certified Forensic Computer Examiner – IACIS – CFCE from 2005 to 2008

*COURSES TAUGHT FOR GUIDANCE SOFTWARE*

1) Intermediate Analysis & Reporting – Sterling, VA December 2nd – 5th 2003 (32 hrs)
2) Introductory Computer Forensics – Sterling, VA August 12th – 15th 2003 (32 hrs)
3) Introductory Computer Forensics – Sterling, VA September 16th – 19th 2003 (32 hrs)
4) Incident Response, Forensic Analysis & Discovery – Sterling, VA September 29th – October 3rd 2003 (40 hrs)
5) Introductory Computer Forensics – Sterling, VA January 6th – 9th 2004 (32 hrs)
6) Introductory Computer Forensics – Sterling, VA August 10th – 13th 2004 (32 hrs)
7) Introductory Computer Forensics – Sterling, VA June 28th – July 1st 2005 (32 hrs)
8) Intermediate Analysis & Reporting (Special Class for U.S. Military) – Sterling, VA October 16th – 20th 2006 (40 hrs)
9) EnCase® Computer Forensics II – Sterling, VA January 29th – February 4th 2007 (32 hrs)
10) EnCase® Computer Forensics I – Sterling, VA April 23rd – April 29th 2007 (32 hrs)
11) EnCase® Computer Forensics I – Sterling, VA September 11th – September 14th 2007 (32 hrs)

*COURES TAUGHT FOR PRIVATE SECTOR*

1) Taught a specialized class on basic/intermediate computer forensic for Document Technologies, Inc. (DTI) in Atlanta, GA January 1st – 5th 2007 (40 Hrs.).  The course covered topics relating to the seizure, handling and examination of digital evidence and the use of forensic software EnCase®, FTK and other various computer forensic examination software.