# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br>          Plaintiff,<br><br>v.<br><br>**JOHN DOES 1, 6, 13, 14, and 16**<br>          Defendants. | **CIVIL ACTION NO. 12-2078**<br><br>[Related and Consolidated:  12-2084<br>                                              12-2088] |

## ORDER

**AND NOW,** this 23rd day of May, 2013, pursuant to Rule 706, Federal Rules of Evidence, the Court believes that a Court appointed expert may be of value to the jury at the trial of this case, and **ORDERS** the parties to show cause why an expert witness should not be appointed. The Court has consulted Louis Cinquanto of Cornerstone Consultants, who has consented to serve in this capacity.

The Court has explained at the hearing this date the duties that the expert may have, which are generally to review and be prepared to give testimony on the conflicts between plaintiff's expert and defendant John Doe 16. The Court has advised Mr. Cinquanto, subject to any objections by any party, that he is entitled to reasonable compensation as set by the Court, but neither the Court nor any party shall disclose to Mr. Cinquanto the source of any compensation. The Court reserves the right to make a final Order on the subject of compensation. At such time that Mr. Cinquanto has reached any opinions or conclusions, he will advise the parties of his findings and he may be subject to a deposition prior to testifying at trial.

BY THE COURT:
/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**