

# FedEx Office

1500 MARKET ST
PHILADELPHIA, PA 19102

Location:       PSQKK
Device ID:      PSQKK-POS2
Employee:       2025985
Transaction:    78071947513

STANDARD OVERNIGHT
  800712686316      4.50 lb (S)         34.80
     Total Declared Value     200

Sche...     ivery Date 12/28/2012
STANDA...   ...IGHT
   80071...            1.15 lb (S)      48.63

Scheduled Delivery Date 12/28/2012
Standard Small, 11x11x11
  790363010609          1    (T)         6.99

                Shipment subtotal:      83.43
      Merchandise taxable subtotal:      6.99
                 Tax(PA) 6.000%          0.42
                 Tax(City) 2.000%        0.14

                        Total Due:     90.98

                      FedEx Account:    90.98
                          *****2208

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide at fedex.com for details. All merchandise sales final. FedEx disclaims all warranties, express or implied, including, without limitation, the implied warranties of merchantability and fitness for a particular purpose. This packaging is sold 'as is' 'with all faults.' By paying for and accepting this packaging, you agree to release and hold FedEx harmless for any claims, suits, disputes or causes of action relating to this packaging as well as any related inci... damages incurred by you or...

Visit us a...

EXHIBIT A



FedEx US Airbill — NEW Package Express

FedEx Tracking Number: 8007 1268 6316

Date: 12/27/12
Sender's Name: Donald A. Smith, Esq
Phone: 215-722-6208
Company: —
Address: 1617 JFK Blvd Ste 355
City: Phila    State: PA    ZIP: 19103

Recipient's Name: Christopher P. Fiore, Esq
Phone: 215-717-1260
Company: —
Address: 425 Main St. Ste 200
City: Harleysville    State: PA    ZIP: 19438

Service: FedEx Standard Overnight
Packaging: FedEx Envelope
Special Handling: No
Payment: Sender
Total Packages: 1
Total Weight: 5 lbs
Total Declared Value: $200

644