# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | § § | CIVIL ACTION NO. 12-2078-MMB |
| Plaintiff, | § § § § | |
| JOHN DOES 1, 13, & 16, | § § | Hon. Michael M. Baylson |
| Defendant | § § § | |

## ORDER

AND NOW, this _____ day of _____, 2013, upon consideration of Defendant's Motion in Limine to proceed anonymously at trial, it is ordered that the motion is GRANTED. John Doe #1 will be referred to as "John Doe #1" at trial.

BY THE COURT:

_____
Honorable Michael M. Baylson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | § § | CIVIL ACTION NO. 12-2078-MMB |
| Plaintiff, | § § § § | |
| JOHN DOES 1, 13, & 16, | § § | Hon. Michael M. Baylson |
| Defendant | § § § | |

**DEFENDANT, JOHN DOE NO. 1'S, UNOPPOSED MOTION IN LIMINE TO PROCEED ANONYMOUSLY AT TRIAL**

Defendant, John Doe No. 1, by and through its counsel, Leonard J. French, Esquire, moves this Honorable Court to allow him to proceed at trial anonymously, and in support thereof, avers as follows:

1. Defendant, John Doe No. 1, noting the exceptional nature of this Bellwether case, joins in the Motion in Limine and Memorandum of Law in support thereof filed by Defendant John Doe No. 13 in this matter.

[ This section intentionally left blank. ]

WHEREFORE, Defendant, John Doe No. 1, respectfully requests this Honorable Court to allow him to proceed anonymously at trial.

                Respectfully submitted,

                By: /s/ Leonard J. French
                Leonard J. French
                Attorney for DOE #1
                PA Bar: 312413
                The Law Offices of Leonard J. French
                P.O. Box 9125
                Allentown, PA 18105
                Telephone: (610) 537-3537
                Facsimile: (888) 262-0632
                Email: ljfrench@leonardjfrench.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2013, I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                Respectfully submitted,

                By: /s/ Leonard J. French