IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Malibu Media, LLC, <br>      *Plaintiff,* <br><br> v. <br><br> John Does 1, 13, 14, and 16, <br>      *Defendants.* | Civil Action No. 12-2078 |

**Notice to the Court**

1. On May 30, 2013 John Doe filed a document on CM/ECF titled "Consent Motion in Limine to Extend Defendants Response to Plaintiff's Complaint through February 4, 2013. (Docket No. 157)

2. Docket No. 157 was captioned in error due to an autocomplete feature on counsel's MacBook.

3. Docket No. 158 is the correct document with the correct caption - "Defendant John Doe #13's Consent Motion in Limine to Testify Anonymously at trial."

4. Docket #157 is the same document as #158, except it is captioned incorrectly on CM/ECF.

5. Docket #157 can be struck or disregarded.

RESPECTFULLY SUBMITTED,

*/s/ A. Jordan Rushie*

A. Jordan Rushie
Jordan@FishtownLaw.com
Pa. Id. 209066

---

Mulvihill & Rushie LLC
2424 East York Street • Suite 316
Philadelphia, PA 19125
215.385.5291

*Attorneys for Defendant John Doe #13*

**Certificate of Service**

I, A. Jordan Rushie, certify that I served a copy of John Doe #13's Notice to the Court on all parties of record via the electronic filing system.

A. Jordan Rushie

Dated: May 31, 2013

3