IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br>          Plaintiff,<br><br>         v.<br><br>**JOHN DOES 1, 6, 13, 14, and 16**<br>          Defendants. | **CIVIL ACTION NO. 12-2078**<br><br>[Related and Consolidated:   12-2084<br>                                                    12-2088] |

## ORDER

**AND NOW,** this 3rd day of June, 2013, the Court ORDERS that Veritext, the court reporter for the deposition of Defendant John Doe 16, which occurred on May 30, 2013, shall release all of the deposition exhibits to court-appointed expert, Louis Cinquanto.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 12\12-2078 MALIBU MEDIA V. JOHN DOES 1-16\12CV2078.052313.VERITEX.DOCX