**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br>                          **Plaintiff,**<br><br>               **v.**<br><br>**JOHN DOES 1, 6, 13, 14, and 16**<br>               **Defendants.** | **CIVIL ACTION NO. 12-2078**<br><br>**[Related and Consolidated:   12-2084**<br>                                                **12-2088]** |

## <u>SCHEDULING ORDER</u>

**AND NOW,** this  3rd  day of June, 2013, in connection with pretrial motions, the Court **ORDERS** as follows:

1.        Counsel will review with each other, prior to jury selection, proposed voir dire questions.  The Court anticipates meeting with counsel on June 6, 2013 at 9:30 a.m. in Courtroom 3A to review disputes about voir dire and to rule on certain already filed Motions in Limine that may pertain to voir dire.

2.        Voir dire and Jury selection by counsel will take place in Courtroom 3B at approximately 10:00 a.m. or as soon as the jury panel can be brought up to this Courtroom.

3.        The Court will have a further pretrial conference with counsel to discuss and rule on other Motions in Limine at approximately 12:30 p.m. in Courtroom 3A (or as soon as a lunch recess is called in another trial proceeding in Courtroom 3A).

4.        The Court advises counsel that it is considering severing the counterclaims of defendant John Doe 16 from the trial beginning on June 10, 2013 for reasons that will be discussed in further detail at one of the conferences with counsel on Thursday, June 6, 2013.

5.        Assuming that Mr. Cinquanto is able to reach any preliminary written opinions in this case by noon on Thursday, June 6, 2013, the Court may allow his deposition be taken that

afternoon, or, subject to scheduling issues, on Friday, June 7, 2013.  However, it is the Court's intention that Mr. Cinquanto will attend part of the trial and may give additional testimony based on trial testimony itself.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 12\12-2078 MALIBU MEDIA V. JOHN DOES 1-16\12CV2078.PTORDER.060313.DOCX