UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                              :
:    Civil Action No. <u>2012-2078</u>
Plaintiff,                                        :
:    Consolidated from Cases:
vs.                                                    :    2:12-cv-02078-MMB
:    2:12-cv-02084-MMB
JOHN DOES 1, 6, 13, 14, and 16,                                 :    5:12-cv-02088-MMB
:
Defendants.                                       :
:
---------------------------------------------------------------X

**<u>NOTICE OF SCRIVENER'S ERROR</u>**

  Plaintiff, Malibu Media, LLC, respectfully gives notice of a scrivener's error in its Motion for Sanctions Against John Doe 16 Based Upon His Demonstrably Provable Perjury in Furtherance of His Fraud [Dkt. 170].  In the Motion (at page 3) and Exhibits D and E, Plaintiff and the declarants erroneously advised the Court that the License Key used by John Doe 16 to activate Windows was DDVWX-HYFTK-FBRMJ-9XCJ9-7QWWM.  This is a scrivener's error.  Undersigned accidently typed an "R" instead of an "F" in the third part of the License Key when preparing the motion.  The correct License Key is DDVWX-HYFTK-FBFMJ-9XCJ9-7QWWM.  Attached hereto as Exhibit A is a screen shot of John Doe 16's computer displaying the correct License Key.  Plaintiff sincerely apologizes to the Court for any inconvenience this error may have caused.

  Dated:  June 4, 2013

2

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipsomb@lebfirm.com
LIPSCOMB, EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of June, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb