| Product Name | Type | Value |
|---|---|---|
| Registry Hive: E:\CASES\Malibu Media\240GB SSD Exam\Reg Files\SOFTWARE | | |
| Main scan | | |
| Windows 7 Professional | License Key | DDVWX-HYFTK-FBFMJ-9XCJ9-7QWWM |
| Windows 7 Professional | Product ID | 00371-152-4114254-85495 |
| Windows 7 Professional | User | ▓▓▓▓ |
| Windows 7 Professional | Extra info | Full product name: Windows 7 Professional Service Pack 1<br>Product ID match to CD Key data<br>Product Part No.: X15-39685<br>Installed from 'Compliance Checked Product' media.<br>Is OEM: No |
| Deep scan | | |
| Nothing found | | |

**EXHIBIT A**