UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                              :
:         Civil Action No. <u>2012-2078</u>
          Plaintiff,                                            :
:         Consolidated from Cases:
          vs.                                                   :         2:12-cv-02078-MMB
:         2:12-cv-02084-MMB
JOHN DOES 1, 6, 13, 14, and 16,                                 :         5:12-cv-02088-MMB
:
          Defendants.                                           :
:
---------------------------------------------------------------X

**NOTICE THAT THE PARTIES DO NOT
AGREE ON THE PRETRIAL JURY INSTRUCTIONS AND
THAT A PRETRIAL CHARGING CONFERENCE IS NECESSARY**

PLEASE TAKE NOTICE, the parties have submitted their Proposed Jury Instructions. Many of these Jury Instructions are intended to be given to the jury prior to the commencement of trial, before the jury is sworn in. Regarding the pretrial jury instructions, the parties are not in agreement about what instructions should be given to the jury. Accordingly, a charging conference is necessary prior to the commencement of trial.

Dated: June 4, 2013

Respectfully submitted,

By: <u>/s/ *M. Keith Lipscomb*</u>
M. Keith Lipscomb (429554)
klipsomb@lebfirm.com
LIPSCOMB, EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of June, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb