UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------X
:
MALIBU MEDIA, LLC, :
: Civil Action No. 2012-2078
Plaintiff, :
: Consolidated from Cases:
vs. : 2:12-cv-02078-MMB
: 2:12-cv-02084-MMB
JOHN DOES 1, 6, 13, 14, and 16, : 5:12-cv-02088-MMB
:
Defendants. :
:
------------------------------------------------------------------X

## STIPULATION

This Stipulation is made on this 4th day of June, 2013, by and between Plaintiff Malibu Media, LLC and Defendant John Doe 1. NOW, THEREFORE, the parties, through their respective counsel, stipulate:

1. Comcast identified John Doe 1 as the subscriber of IP Address No. 174.60.32.79 on December 16, 2011 and December 22, 2011. The technology used by Verizon to correlate the IP address to John Doe 1 on the above referenced dates is reliable.

2. This stipulation shall be admissible at trial.

**IT IS SO STIPULATED.**

| | |
|---|---|
| By: /s/ *M. Keith Lipscomb* | By: /s/ *Leonard French* |
| M. Keith Lipscomb (429554) | Leonard J. French (PA Bar: 312413) |
| klipscomb@lebfirm.com | Email: ljfrench@leonardjfrench.com |
| Lipscomb, Eisenberg & Baker, PL | The Law Offices of Leonard J. French |
| 2 South Biscayne Blvd. | P.O. Box 9125 |
| Penthouse 3800 | Allentown, PA 18105 |
| Miami, FL 33131 | Telephone: (610) 537-3537 |
| Telephone: (786) 431-2228 | Facsimile: (888) 262-0632 |
| Facsimile: (786) 431-2229 | *Attorneys for John Doe 1* |
| *Attorneys for Plaintiff* | |