# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>**JOHN DOES 1, 6, 13, 14, and 16**<br>　　　　　　Defendants. | **CIVIL ACTION NO. 12-2078**<br><br>[Related and Consolidated:　12-2084<br>　　　　　　　　　　　　　　　12-2088] |

## ORDER

**AND NOW,** this 5th day of June, 2013, Court appointed expert witness Louis Cinquanto has completed a first report which will be sent by facsimile to counsel today. The Court will give counsel the opportunity to depose Mr. Cinquanto on Thursday, June 6, 2013 at 2:00 p.m. in Courtroom 3A, for a total of one hour for each of plaintiff and John Doe 16. Counsel may make arrangements for a transcript with the Clerk's Office.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Michael M. Baylson
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 12\12-2078 MALIBU MEDIA V. JOHN DOES 1-16\12CV2078.060513.DEPOSE.DOCX