IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br>              Plaintiff,<br><br>          v.<br><br>**JOHN DOES 1, 6, 13, 14, and 16**<br>              Defendants. | **CIVIL ACTION**<br>**NO. 12-2078**<br><br>**DATE OF NOTICE:** June 6, 2013 |

## **NOTICE**

Please be advised that a **BENCH TRIAL** will be held on **Monday, June 10, 2013 at 9:30 a.m.**, with the Honorable Michael M. Baylson in Courtroom 3A, U.S. Courthouse, 601 Market Street, Philadelphia.


/s/ Joanne B. Bryson
_____
Joanne B. Bryson
Deputy Clerk to Judge Baylson
267-299-7520

cc:   Christopher P. Fiore, Esquire (cfiore@fiorebarber.com)
      Ronald A. Smith, Esquire (ronaldasmithesq@aol.com)
      John Doe, a/k/a Dietrolldie (US mail)
      Charles Thomas, Jr., Esquire (ct@thomastrials.com)
      Thad Melvin Gelsinger, Esquire (tgelsinger@leisawitzheller.com)
      Ethan R. O'Shea, Esquire (eoshea@hrmml.com)
      Leonard J. French, Esquire (ljfrench@leonardjfrench.com)


O:\CIVIL 12\12-2078 MALIBU MEDIA V. JOHN DOES 1-16\12CV2078.BENCH.TRIAL.NOTICE.DOCX