UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------X
: 
MALIBU MEDIA, LLC,                                              :
                                                                 :   Civil Action No. 2012-2078
                              Plaintiff,                         :
                                                                 :   Consolidated from Cases:
                    vs.                                          :   2:12-cv-02078-MMB
                                                                 :   2:12-cv-02084-MMB
JOHN DOES 1, 6, 13, 14, and 16,                                  :   5:12-cv-02088-MMB
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X

### STIPULATION

This Stipulation is made on this 13th day of June, 2013 by and between Plaintiff Malibu Media, LLC ("Plaintiff") and Defendant Bryan White ("Defendant").  NOW, THEREFORE, the Parties, through their respective counsel, stipulate and agree that reasonable attorneys' fees and costs related to the prosecution of Plaintiff's copyright infringement claims against Defendant in this matter amounted to $128,350.50.[1]

**IT IS SO STIPULATED.**

| | |
|---|---|
| /s/ *Ronald A. Smith* | By: /s/ *M. Keith Lipscomb* |
| Ronald A. Smith, Esquire | M. Keith Lipscomb (429554) |
| Ronald A. Smith and Associates | klipscomb@lebfirm.com |
| 1617 JFK Boulevard, Suite 1240 | LIPSCOMB, EISENBERG & BAKER, PL |
| Philadelphia, PA 19103 | 2 South Biscayne Blvd. |
| Telephone: (215) 567-1200 | Penthouse 3800 |
| Email: ronaldasmithesq@aol.com | Miami, FL 33131 |
| *Attorney for Bryan White* | Telephone: (786) 431-2228 |
| | Facsimile:  (786) 431-2229 |
| | *Attorneys for Plaintiff* |

---

[1] Plaintiff notes that the actual amount incurred is higher than $128,350.50 but recovery under Section 505 of the Copyright Act (17 U.S.C. § 505) is limited to those costs allowed by 28 U.S.C. § 1920.  *See e.g. Schiffer Pub., Ltd. v. Chronicle Books, LLC,* 2005 WL 1244923, *15 (E.D.Pa. 2005).