UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                              :
                                                :         Civil Action No. <u>2012-2078</u>
                      Plaintiff,                :
                                                :         Consolidated from Cases:
             vs.                                :         2:12-cv-02078-MMB
                                                :         2:12-cv-02084-MMB
JOHN DOES 1, 6, 13, 14, and 16,                 :         5:12-cv-02088-MMB
                                                :
                      Defendants.               :
                                                :
---------------------------------------------------------------X

### ~~PROPOSED FINAL~~ JUDGMENT ON LIABILITY AGAINST JOHN DOES 1 AND 13

This cause came before the Court for a non-jury trial on June 10, 2013 and was tried by the Honorable Judge Baylson. After hearing testimony and reviewing evidence it is hereby ORDERED and ADJUDGED:

1. The Court finds that John Doe 1 is liable to Plaintiff, Malibu Media, LLC, for directly infringing four (4) of Plaintiff's registered copyrights in violation of §§ 106 and 501 of the United States Copyright Act.

2. The Court finds that John Doe 13 is liable to Plaintiff, Malibu Media, LLC, for directly infringing thirty-five (35) of Plaintiff's registered copyrights in violation of §§ 106 and 501 of the United States Copyright Act.

3. Pursuant to Local Rule 41.1 the parties resolved the damages portion of the case and therefore all claims are hereby dismissed with prejudice.

DONE AND ORDERED this 17th day of June, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE