UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------X
:
MALIBU MEDIA, LLC, :
: Civil Action No. 2012-2078
Plaintiff, :
: Consolidated from Cases:
vs. : 2:12-cv-02078-MMB
: 2:12-cv-02084-MMB
JOHN DOES 1, 6, 13, 14, and 16, : 5:12-cv-02088-MMB
:
Defendants. :
:
-----------------------------------------------------------------X

## STIPULATION

This Stipulation is made on this 13th day of June, 2013 by and between Plaintiff Malibu Media, LLC ("Plaintiff") and Defendant Bryan White ("Defendant"). NOW, THEREFORE, the Parties, through their respective counsel, stipulate and agree that reasonable attorneys' fees and costs related to the prosecution of Plaintiff's copyright infringement claims against Defendant in this matter amounted to $128,350.50.[1]

**IT IS SO STIPULATED.**

/s/ Ronald A. Smith
Ronald A. Smith, Esquire
Ronald A. Smith and Associates
1617 JFK Boulevard, Suite 1240
Philadelphia, PA 19103
Telephone: (215) 567-1200
Email: ronaldasmithesq@aol.com
*Attorney for Bryan White*

By: /s/ M. Keith Lipscomb
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB, EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

---

[1] Plaintiff notes that the actual amount incurred is higher than $128,350.50 but recovery under Section 505 of the Copyright Act (17 U.S.C. § 505) is limited to those costs allowed by 28 U.S.C. § 1920. *See e.g. Schiffer Pub., Ltd. v. Chronicle Books, LLC,* 2005 WL 1244923, *15 (E.D.Pa. 2005).

1