IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br>  Plaintiff,<br><br>v.<br><br>**JOHN DOES 1, 6, 13, 14, and 16**<br>  Defendants. | **CIVIL ACTION NO. 12-2078**<br><br>[Related and Consolidated:  12-2084<br>                                              12-2088] |

## ORDER

**AND NOW,** this 17th day of June, 2013, John Doe 16 identified himself during the Bench Trial on June 10, 2013. Therefore it is **ORDERED** that the Clerk shall amend the caption in this case to reflect that **BRYAN WHITE** is John Doe 16.

    BY THE COURT:

    /s/ Michael M. Baylson
    _____
    **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 12\12-2078 MALIBU MEDIA V. JOHN DOES 1-16\12CV2078.061713.BRYANWHITE.CAPTION.DOCX