IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**JOHN DOES 1, 6, 13, 14, and BRYAN WHITE**<br>　　　　　　　Defendants. | **CIVIL ACTION NO. 12-2078**<br><br>[Related and Consolidated:　12-2084<br>　　　　　　　　　　　　　　　　12-2088] |

## FINAL JUDGMENT

**AND NOW,** this 18th day of June, 2013, for the reasons stated in the foregoing Report and prior documents, final judgment is entered in **FAVOR** of plaintiff Malibu Media, LLC and **AGAINST** defendant Bryan White in the following amounts:

| | |
|---|---|
| Verdict | $112,500.00 |
| Attorney's Fees and Costs | $128,350.50 |
| **FINAL JUDGMENT** | **$240,850.50** |

BY THE COURT:

/s/ Michael M. Baylson
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 12\12-2078 MALIBU MEDIA V. JOHN DOES 1-16\12CV2078.061713.FINAL.JUDGMENT.DOCX